Donald A. Ecklund
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

Robert V. Prongay
Garth Spencer
**GLANCY PRONGAY &
MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | Case No. 2:23-cv-23011-JKS-MAH<br><br>**CERTIFICATION OF GARTH SPENCER IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

Garth Spencer, of full age, hereby certifies as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP and my office is located at 1925 Century Park East, Suite 2100, Los Angeles, California 90067.  Donald A. Ecklund and Kevin G. Cooper of Carella, Byrne, Cecchi, Brody & Agnello, P.C. are liaison counsel for unopposed Lead Plaintiff movant Evans Associates I, LLC.

2.      I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of unopposed Lead Plaintiff movant Evans Associates I, LLC.

3.      I am a member in good standing of the following Courts:

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| Supreme Court of North Carolina | 2/10/2023 | Supreme Court of North Carolina Clerk's Office 2 East Morgan Street Raleigh, NC 27601-1428 |
| Supreme Court of California | 2/3/2021 | The State Bar of California Office of Admissions 845 South Figueroa Street Los Angeles, CA 90017 |
| Supreme Court of the State of New York, Appellate Division, First Judicial Department | 3/12/2012 | Veronica Guerrero, Esq. Attorney Records Appellate Division, First Judicial Department 41 Madison Avenue (at 26th Street)- 26th Floor NY, NY 10010 |

1

| | | |
|---|---|---|
| United States District Court, Southern District of Texas | 1/12/2024 | Attn.: Attorney Admissions U.S. DISTRICT COURT P.O. Box 61010 Houston, Texas 77208 |
| United States District Court, Western District of North Carolina | 6/12/2023 | Clerk of Court United States Courthouse Charles R. Jonas Federal Building 401 West Trade Street, Room 1200 Charlotte, NC 28202 |
| United States District Court, Middle District of North Carolina | 6/5/2023 | Clerk U.S. District Court for the Middle District of North Carolina 324 W. Market Street Greensboro, NC 27401-2544 |
| United States District Court, Eastern District of North Carolina | 5/5/2023 | United States District Court Eastern District of North Carolina Office of the Clerk Post Office Box 25670 Raleigh, North Carolina 27611 |
| United States District Court, Southern District of New York | 7/5/2016 | Daniel Patrick Moynihan United States Courthouse ATTN: Attorney Services 500 Pearl Street New York, NY 10007-1312 |
| United States District Court, Eastern District of New York | 7/21/2016 | United States District Court Eastern District of New York ATTN: Attorney Admissions 225 Cadman Plaza East Brooklyn, NY 11201 |
| United States District Court, Western District of New York | 10/11/2019 | Clerk of Court, WDNY US District Court 2 Niagara Square Buffalo, NY 14202 |
| United States District Court, Central District of California | 3/16/2021 | Clerk of the Court Attorney Admissions United States |

2

| | | District Court Central District of California 255 East Temple Street Los Angeles, CA 90012-3332 |
|---|---|---|
| United States District Court, Northern District of California | 3/16/2021 | United States District Court Northern District of California Attorney Admissions 450 Golden Gate Avenue 16th Floor, Room 1111 San Francisco, CA 94102 |
| United States District Court, Southern District of California | 3/15/2021 | Clerk of the Court United States District Court Southern District of California 333 West Broadway, Suite 420 San Diego, CA 92101 |
| United States Court of Appeals, Ninth Circuit | 11/17/2021 | Molly Dwyer, Clerk of Court Office of the Clerk U.S. Court of Appeals for the Ninth Circuit P.O. Box 193939 San Francisco, CA 94119-3939 |
| United States Court of Appeals, First Circuit | 6/26/2019 | John Joseph Moakley U.S. Courthouse ATTN: Attorney Admissions 1 Courthouse Way, Suite 2500 Boston, MA 02210 |
| United States Court of Appeals, Second Circuit | 1/17/2020 | Thurgood Marshall United States Courthouse Clerk's Office Attorney Admissions Dept. 40 Foley Square New York, New York 10007 |
| United States Court of Federal Claims | 2/13/2024 | Clerk of Court Howard T. Markey National Courts Building 717 Madison Place, NW Washington, DC 20439 |
| United States Tax Court | 5/31/2016 | United States Tax Court ATTN: Admissions |

3

| | | 400 Second Street, NW Washington, DC 20217 |
|---|---|---|

4.     My firm has been requested by Evans Associates I, LLC to represent it in connection with this litigation. We have extensive experience in this area of practice, and we have experience in all phases of litigation, including depositions, trials and appeals. I believe that my firm's expertise makes us particularly qualified to represent our clients and a class of similarly situated individuals.

5.     Donald A. Ecklund and Kevin G. Cooper of Carella, Byrne, Cecchi, Brody & Agnello, P.C. are admitted to practice in the District of New Jersey for the United States District Court and will serve as liaison counsel on behalf of our clients and will be handling this matter with us.

6.     I am not presently the subject of any disciplinary proceeding in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

7.     I understand that if I am admitted to appear and participate *pro hac vice*:

(a)     I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

(b)     I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for

4

all actions against me and/or my firm that may arise out of my application in connection with this matter;

(c)    I shall notify this court immediately of any matter affecting my standing at the bar of any other court;

(d)    I shall have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in this state;

(e)    No delay in discovery, motions, trial or any other proceedings shall occur or be requested by reason of my inability to be in attendance; and

(f)    Automatic termination of my *pro hac vice* admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyer's Fund for Client Protection.

8.    I respectfully request that this Court grant this application on behalf of Plaintiff in the above-captioned matter to permit me to appear and participate *pro hac vice* on his behalf.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: July 24, 2024

Garth Spencer

5