# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| | G. GLENNON TROUBLEFIELD | **www.carellabyrne.com** | STEVEN G. TYSON | SEAN M. KILEY |
| | BRIAN H. FENLON | | MATTHEW J. CERES | ROBERT J. VASQUEZ |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | BRITTNEY M. MASTRANGELO |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | GRANT Y. LEE*** |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | August 2, 2024 | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

## VIA ECF

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

>         **Re:    Nicholas Miller v. Eagle Pharmaceuticals, Inc. et al.**
>                 **Case No. 2:23-cv-23011-JKS-MAH**

Dear Judge Hammer:

We, along with Lead Counsel for Lead Plaintiff Movant Evans Associates I, LLC, represent Plaintiffs in the above matter.  Please find enclosed the Declaration of Robert V. Prongay, and the Declaration of Kevin G. Cooper to admit Robert V. Prongay as counsel *pro hac vice* in the above matter.  Defendants have consented to the application.  If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

Thank you for your attention to this matter.

Very truly yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ Kevin G. Cooper

Kevin G. Cooper

JEC:neh
Enc.
cc:    All counsel (via ECF)

847014v1