Donald A. Ecklund
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

Robert V. Prongay
Garth Spencer
**GLANCY PRONGAY &
MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | Case No. 2:23-cv-23011-JKS-MAH<br><br>**DECLARATION OF KEVIN G. COOPER IN SUPPORT OF MOTION ON CONSENT TO ADMIT ROBERT V. PRONGAY** *PRO HAC VICE* |

I, Kevin G. Cooper, of full age, declare as follows:

1.      I am an attorney in good standing licensed to practice law in New Jersey and also a partner in the law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), liaison counsel for unopposed Lead Plaintiff movant Evans Associates I, LLC in the above-captioned matter. I submit this declaration in support of the application to admit Robert V. Prongay *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Declaration.

2.      Defendants consent to the admission *pro hac vice* of Robert V. Prongay in this matter.

3.      As set forth in his certification, Robert V. Prongay is an attorney in good standing and is not now, nor has ever been under suspension or disbarment by any court. Mr. Prongay is a member in good standing of the State California and various Federal Courts.

4.      Robert V. Prongay will represent Evans Associates I, LLC in association with Donald A. Ecklund and Kevin G. Cooper of Carella Byrne. All pleadings, briefs, and other papers filed with this Court in this matter will be reviewed, signed, and filed by an attorney at law of this Court. Further, Kevin G. Cooper of Carella Byrne will appear at all court appearances unless otherwise

excused by the Court.

5.      If this application is granted, Carella Byrne will be responsible for the conduct of Robert V. Prongay in this matter, and he will agree to:

    a.  make a payment of $250 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

    b.  make a payment due to the New Jersey Lawyers' Fund for Client Protection, as required by N.J. Court R. 1:28-2(a);

    c.  abide by New Jersey court rules;

    d.  notify the Court immediately of any matter affecting his standing at the bar of any other court; and

    e.  have all pleadings, briefs, and other papers filled with the Court signed by an attorney of record authorized to practice law in New Jersey.

I declare under penalty of perjury that the foregoing statements made by me are true.

DATED: August 2, 2024          */s/ Kevin G. Cooper*

                                            KEVIN G. COOPER