Donald A. Ecklund
Kevin Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

Robert V. Prongay
Garth Spencer
**GLANCY PRONGAY &
MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiff
Movant Evans Associates I, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | Case No. 2:23-cv-23011-JKS-MAH<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION FOR ROBERT V. PRONGAY** |

**THIS MATTER,** having been brought opened to the Court by Kevin G. Cooper, Esquire, liaison counsel for unopposed Lead Plaintiff movant Evans Associates I, LLC, and the Court having considered the moving papers; and there

1

being no opposition to this application; and for good cause appearing,

IT IS THIS _____ day of _____, 2024

ORDERED that Robert V. Prongay, member in good standing of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to Local Rule 101.1(c); provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Kevin G. Cooper, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(2), Robert V. Prongay shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 (a)  within twenty (20) days from the date of the entry of this Order, enclosing with payment a completed Form PHV-12; and it is further

ORDERED that, pursuant to L. Civ. R. 101.1(c)(3), Robert V. Prongay shall make a payment of $250.00 payable to the Clerk, United States District Court; and it is further

ORDERED that Robert V. Prongay shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

ORDERED that, pursuant to L. CIV. R. 101.1(c)(4), Robert V. Prongay shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____

Hon. Michael A. Hammer, U.S.M.J.

3