**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE  PHARMACEUTICALS,  INC., SCOTT TARIFF, and BRIAN CAHILL,<br><br>    Defendants. | No. 23-cv-23011-JKS-MAH<br><br>CLASS ACTION<br><br>Filed Electronically<br><br><br>Judge: Hon. Jamel K. Semper |

**NOTICE OF JOINDER IN DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Scott Tarriff respectfully joins in the relief requested in the Motion to Dismiss the Amended Complaint filed by Defendants Eagle Pharmaceuticals, Inc. and Brian Cahill on August 25, 2025 (the "Motion").

For the reasons set forth in the Memorandum of Law accompanying the Motion, Defendant Tarriff respectfully requests that the Court grant the relief requested in the Motion and dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws, *see* ECF No. 27, in its entirety.

Dated: August 25, 2025

Respectfully submitted,


By: *s/Matt Corriel*
Matt Corriel (Bar No. 086452013)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (646) 728-6250
Matt.corriel@ropesgray.com

Jeremiah L. Williams*
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 383-9328
Jeremiah.williams@ropesgray.com

*Attorneys for Defendant Scott Tarriff*


**pro hac vice* forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of August, 2025, I caused to be served a copy of the foregoing document via CM/ECF on all counsel of record.

*s/ Matt Corriel*
*Counsel for Defendant Scott Tarriff*

2