**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>  Defendants. | Case No. 2:23-CV-23011-JKS-MAH<br><br>**DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Garth Spencer, hereby declare as follows:

1.    I am an attorney admitted *pro hac vice* in this action. I am a partner of Glancy Prongay & Murray LLP ("GPM"), Court-appointed Lead Counsel for Lead Plaintiff Evans Associates I, LLC ("Lead Plaintiff"), and counsel for additional named plaintiffs Nicholas Miller, Liyu Wang, and Joanna Pluta (together, "Plaintiffs). I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' opposition to Defendants' motion to dismiss.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Audited

1

Consolidated Financial Statements For the Years Ended December 31, 20224 and 2023 of Eagle Pharmaceuticals, Inc. ("Eagle"), available at https://investor.eagleus.com/static-files/8132829c-7631-4d20-8938-f1533ba7f126.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a letter from counsel for Eagle dated September 18, 2023, filed in the matter of *Moran v. Eagle Pharmaceuticals, Inc.*, D.N.J. Case No. 2:23-cv-03761 (ECF No. 7).

4.    Attached hereto as **Exhibit 3** is a true and correct copy of Accounting Standards Codification 250 - Accounting Changes and Error Corrections – published by the Financial Accounting Standards Board, available at https://asc.fasb.org/250/showallinonepage.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a letter from counsel for Michael Moran dated November 20, 2023, filed in the matter of *Moran v. Eagle Pharmaceuticals, Inc.*, D.N.J. Case No. 2:23-cv-03761 (ECF No. 36).

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a letter from counsel for Eagle dated December 8, 2023, filed in the matter of *Moran v. Eagle Pharmaceuticals, Inc.*, D.N.J. Case No. 2:23-cv-03761 (ECF No. 38).

7.    Attached hereto as **Exhibit 6** is a true and correct copy of a letter from counsel for Eagle dated December 18, 2023, filed in the matter of *Moran v. Eagle Pharmaceuticals, Inc.*, D.N.J. Case No. 2:23-cv-03761 (ECF No. 41).

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the Stipulation Of Voluntary Dismissal With Prejudice dated December 18, 2023, filed in the matter of *Moran v. Eagle Pharmaceuticals, Inc.*, D.N.J. Case No. 2:23-cv-03761 (ECF No. 43).

9.     Attached hereto as **Exhibit 8** is a true and correct copy of a current report on SEC Form 8-K filed by Par Pharmaceutical Companies, Inc. ("Par Pharmaceutical"), dated October 2, 2006, available at:

https://www.sec.gov/Archives/edgar/data/878088/000089322006002121/w25615 e8vk.htm.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a current report on SEC Form 8-K filed by Par Pharmaceutical, dated December 14, 2006, available at:

https://www.sec.gov/Archives/edgar/data/878088/000089322006002625/w28055 e8vk.htm

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 9th day of October 2025.

Garth Spencer

3