# Exhibit 1

# Eagle Pharmaceuticals, Inc.

## Audited Consolidated Financial Statements
For the Years Ended December 31, 2024 and 2023

The report accompanying these financial statements was issued by
BDO USA, P.C., a Virginia professional corporation, and the U.S. member of
BDO International Limited, a UK company, limited by guarantee.





Tel:  732-750-0900
Fax:  732-750-1222
**www.bdo.com**

90 Woodbridge Center Dr., 4th Floor
Woodbridge, NJ 07095

## Independent Auditor's Report

Board of Directors
Eagle Pharmaceuticals, Inc.
Woodcliff Lake, New Jersey

### Opinion

We have audited the consolidated financial statements of Eagle Pharmaceuticals, Inc. and its subsidiaries (the Company), which comprise the consolidated balance sheets as of December 31, 2024 and 2023, and the related statements of operations, changes in stockholders' equity, and cash flows for the years then ended, and the related notes to the consolidated financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2024 and 2023, and the results of its operations and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

### Basis for Opinion

We conducted our audit in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Emphasis of Matter

As discussed in Note 3 to the consolidated financial statements, stockholders' equity as of December 31, 2022 has been restated to correct misstatements. Our opinion on the 2024 and 2023 consolidated financial statements is not modified with respect to this matter.

### Other Matters

As part of our audit of the 2024 and 2023 consolidated financial statements, we audited the adjustments described in Note 3 that were applied to restate the stockholders' equity balance as of December 31, 2022.  In our opinion, such adjustments are appropriate and have been properly applied. We were not engaged to audit, review, or apply any procedures to the 2022 consolidated financial statements of the Company other than with respect to the adjustments and, accordingly, we do not express an opinion or any other form of assurance on the 2022 consolidated financial statements as a whole.

### Responsibilities of Management for the Financial Statements

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of

BDO USA, P.C., a Virginia professional corporation, is the U.S. member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern within one year after the date that the consolidated financial statements are available to be issued.

### *Auditor's Responsibilities for the Audit of the Financial Statements*

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidated financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control-related matters that we identified during the audit.

BDO USA, P.C.

Woodbridge, New Jersey
July 24, 2025

**EAGLE PHARMACEUTICALS, INC.**
**CONSOLIDATED BALANCE SHEETS**

| (In thousands, except share and per share amounts) | | December 31, 2024 | | December 31, 2023 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 15,882 | $ | 10,277 |
| Accounts receivable, net | | 108,373 | | 126,313 |
| Inventories | | 14,424 | | 23,753 |
| Prepaid expenses and other current assets | | 25,235 | | 22,056 |
| Total current assets | | 163,914 | | 182,399 |
| Property and equipment, net | | 342 | | 684 |
| Intangible assets, net | | 2,302 | | 10,435 |
| Deferred tax asset | | 41,006 | | 37,436 |
| Other assets | | 15,203 | | 22,467 |
| Total assets | $ | 222,767 | $ | 253,421 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 37,537 | $ | 21,959 |
| Accrued expenses and other liabilities | | 94,567 | | 89,574 |
| Short-term debt, net | | 56,834 | | 76,669 |
| Total current liabilities | | 188,938 | | 188,202 |
| Long-term litigation settlement | | — | | 16,500 |
| Other long-term liabilities | | 13,707 | | 18,331 |
| Total liabilities | | 202,645 | | 223,033 |
| | | | | |
| **Commitments and contingencies** (Notes 12, 16, 18 and 19) | | | | |
| | | | | |
| **Stockholders' equity:** | | | | |
| Preferred stock, 1,500,000 shares authorized and no shares issued or outstanding as of December 31, 2024 and 2023 | | — | | — |
| Common stock, $0.001 par value; 50,000,000 shares authorized; 17,800,419 and 17,708,948 shares issued; 13,023,123; and 12,931,652 shares outstanding as of December 31, 2024 and 2023, respectively | | 18 | | 18 |
| Additional paid in capital | | 376,090 | | 372,693 |
| Accumulated other comprehensive loss | | (1,112) | | (1,112) |
| Accumulated deficit | | (107,759) | | (94,096) |
| Treasury stock, at cost, 4,777,296 shares as of December 31, 2024 and 2023 | | (247,115) | | (247,115) |
| Total stockholders' equity | | 20,122 | | 30,388 |
| Total liabilities and stockholders' equity | $ | 222,767 | $ | 253,421 |

See accompanying notes to consolidated financial statements

F- 3

**EAGLE PHARMACEUTICALS, INC**
## CONSOLIDATED STATEMENTS OF OPERATIONS

| | | Year Ended December 31, | |
|---|---:|---:|---:|
| (In thousands, except share and per share amounts) | | 2024 | 2023 |
| **Revenue:** | | | |
| Product sales, net | $ | 136,872 | $ 152,308 |
| Royalty revenue | | 53,764 | 75,461 |
| Total revenue | | 190,636 | 227,769 |
| **Operating expenses:** | | | |
| Cost of product sales | | 48,527 | 80,654 |
| Research and development | | 49,007 | 47,763 |
| Selling, general and administrative | | 98,617 | 111,865 |
| Restructuring charge | | 2,364 | — |
| Intangible assets impairment | | — | 85,983 |
| Goodwill impairment | | — | 49,768 |
| Litigation settlement | | — | 26,500 |
| Total operating expenses | | 198,515 | 402,533 |
| Loss from operations | | (7,879) | (174,764) |
| Interest income | | 800 | 684 |
| Interest expense | | (6,969) | (6,713) |
| Other income / (expense) | | (1,102) | 1,392 |
| Total other expense, net | | (7,271) | (4,637) |
| **Loss before income taxes and equity in losses of equity method investment** | | (15,150) | (179,401) |
| Income tax benefit | | 1,888 | 1,453 |
| **Net loss before equity in losses of equity method investment** | | (13,262) | (177,948) |
| Equity in losses of equity method investment | | (401) | (10,841) |
| **Net loss** | $ | (13,663) | $ (188,789) |
| Loss per common share: | | | |
| Basic | $ | (1.05) | $ (14.52) |
| Diluted | $ | (1.05) | $ (14.52) |
| Weighted average number of common shares outstanding: | | | |
| Basic | | 12,958,633 | 12,999,046 |
| Diluted | | 12,958,633 | 12,999,046 |

See accompanying notes to consolidated financial statements

F- 4

# EAGLE PHARMACEUTICALS, INC.
## CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY

| (In thousands) | Common Stock Number of Shares | Amount | Additional Paid-In Capital | Treasury Stock | Accumulated Other Comprehensive Loss | Retained Earnings (Deficit) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2022 (Restated)** | 17,569 | $ 18 | $ 366,265 | $ (243,115) | $ (1,112) | $ 94,693 | $ 216,749 |
| Stock-based compensation expense | — | — | 7,631 | — | — | — | 7,631 |
| Issuance of common stock upon exercise of stock option grants, net of taxes | 21 | — | (83) | — | — | — | (83) |
| Issuance of common stock related to vesting of restricted stock units, net | 69 | — | (1,120) | — | — | — | (1,120) |
| Issuance of restricted common stock for services | 50 | — | — | — | — | — | — |
| Common stock repurchases | — | — | — | (4,000) | — | — | (4,000) |
| Net loss | — | — | — | — | — | (188,789) | (188,789) |
| **Balance at December 31, 2023** | 17,709 | $ 18 | $ 372,693 | $ (247,115) | $ (1,112) | $ (94,096) | $ 30,388 |
| Stock-based compensation expense | — | — | 3,644 | — | — | — | 3,644 |
| Issuance of common stock related to vesting of restricted stock units, net | 91 | — | (247) | — | — | — | (247) |
| Net loss | — | — | — | — | — | (13,663) | (13,663) |
| **Balance at December 31, 2024** | 17,800 | $ 18 | $ 376,090 | $ (247,115) | $ (1,112) | $ (107,759) | $ 20,122 |

See accompanying notes to consolidated financial statements

**EAGLE PHARMACEUTICALS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| (In thousands) | Year Ended December 31, | |
| --- | ---: | ---: |
| | 2024 | 2023 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (13,663) | $ (188,789) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Intangible assets impairment | — | 85,983 |
| Goodwill impairment | — | 49,768 |
| Deferred income taxes | (4,680) | (11,013) |
| Depreciation expense | 272 | 322 |
| Noncash operating lease expense related to right-of-use assets | 1,551 | 1,392 |
| Amortization expense of intangible assets | 8,133 | 21,909 |
| Stock-based compensation expense | 3,644 | 7,631 |
| Fair value adjustments on equity investment | 548 | (1,840) |
| Amortization of debt issuance costs | 887 | 453 |
| Loss on equity instruments- Enalare | 401 | 10,841 |
| Amortization of inventory step up | 1,895 | 1,702 |
| Provision for bad debt | 215 | 999 |
| Provision for excess and obsolete inventory | 854 | 14,797 |
| Other | (168) | 194 |
| **Changes in operating assets and liabilities which provided (used) cash:** | | |
| Accounts receivable | 17,724 | (68,976) |
| Inventories | 6,580 | 7,938 |
| Prepaid expenses and other current assets | 1,048 | (6,938) |
| Accounts payable | 15,578 | 3,392 |
| Accrued expenses and other liabilities | (15,046) | 26,727 |
| Other assets and other long-term liabilities, net | (2,090) | 1,844 |
| Net cash provided by (used in) operating activities | 23,683 | (41,664) |
| **Cash flows from investing activities:** | | |
| Proceeds from sale of investment in Syros Pharmaceuticals, Inc. ("Syros ") | 2,866 | — |
| Proceeds from sale of property and equipment | 84 | — |
| Purchase of property and equipment | (59) | (64) |
| Investment in Enalare | — | (12,500) |
| Net cash provided by (used in) investing activities | 2,891 | (12,564) |
| **Cash flows from financing activities:** | | |
| Repurchases of common stock | — | (4,000) |
| Proceeds from existing revolving credit facility | 15,000 | 70,000 |
| Repayment of existing revolving credit facility | (25,000) | (50,000) |
| Payment of debt | (10,000) | (6,250) |
| Payment of debt financing costs | (722) | — |
| Payment of employee withholding tax upon vesting of stock-based awards | (247) | (1,203) |
| Net cash (used in) provided by financing activities | (20,969) | 8,547 |
| **Net increase (decrease) in cash and cash equivalents** | 5,605 | (45,681) |
| **Cash and cash equivalents at beginning of period** | 10,277 | 55,958 |
| **Cash and cash equivalents at end of period** | $ 15,882 | $ 10,277 |

See accompanying notes to consolidated financial statements

**EAGLE PHARMACEUTICALS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

|  | Year Ended December 31, | |
|---|---|---|
| (In thousands) | 2024 | 2023 |
| **Supplemental disclosures of cash flow information:** | | |
| **Cash paid during the period for:** | | |
| Income taxes, net | $ 195 | $ 24,908 |
| Interest | $ 6,253 | $ 6,566 |
| **Non-cash Disclosures:** | | |
| Right-of-use assets obtained in exchange for lease obligations, inclusive of a lease amendment | $ — | $ 4,764 |

See accompanying notes to consolidated financial statements
F- 7

## 1. Organization and Business

Eagle Pharmaceuticals, Inc. (the "Company", or "Eagle") is an integrated pharmaceutical company focused on finding ways to help medicines do more for patients. The Company and its collaborators have the capabilities to take a molecule from preclinical research through regulatory approval and into the marketplace, including development, manufacturing and commercialization. The Company's business model applies its scientific expertise, proprietary research-based insights and marketplace proficiency to identify challenging-to-treat diseases of the central nervous system or metabolic critical care therapeutic areas as well as in oncology. The Company's product portfolio consists of: (i) PEMFEXY® (pemetrexed for injection) ("PEMFEXY"), (ii) RYANODEX® (dantrolene sodium) ("RYANODEX"), (iii) BELRAPZO® (bendamustine hydrochloride ready-to-dilute ("RTD") solution) ("BELRAPZO"), (iv) rapidly infused bendamustine hydrochloride RTD ("BENDEKA"), (v) bendamustine hydrochloride ready-to-dilute and rapidly infused RTD in Japan ("TREAKISYM"), (vi) BARHEMSYS® (amisulpride for injection) ("BARHEMSYS"), (vii) BYFAVO® (remimazolam for injection) ("BYFAVO"), and vasopressin (discontinued in the first quarter of 2023), an A-rated generic alternative to Vasostrict®.

The Company markets its products through a combination of marketing partners and its internal direct sales force. The Company markets PEMFEXY, RYANODEX, BELRAPZO, BARHEMSYS and BYFAVO, and the Company's marketing partner Teva Pharmaceutical Industries Ltd. ("Teva") markets BENDEKA.  SymBio Pharmaceuticals Limited ("SymBio"), markets TREAKISYM.

## 2. Summary of Significant Accounting Policies

### Basis of Presentation

The accompanying consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"), and pursuant to the rules and regulations of the U.S. Securities Exchange Commission (the "SEC").  The consolidated financial statements include the accounts of the Company and all of its subsidiaries in which it has a controlling financial interest. Controlling financial interest is determined by majority ownership interest and the absence of substantive third-party participating rights for voting entities, or, in the case of variable interest entities, where Eagle is determined to be the primary beneficiary. All intercompany balances and transactions are eliminated upon consolidation.  Material subsequent events are evaluated and disclosed through the report issuance date.

License arrangements, alliances and other agreements are reviewed to determine whether the terms provide control over the entity. Entities controlled by means other than a majority voting interest are referred to as variable interest entities and are consolidated when the Company has both the power to direct the activities of the variable interest entity that most significantly impact its economic performance and the obligation to absorb losses or the right to receive benefits that could potentially be significant to the entity, see Note 16, "License and Collaboration Agreements".

The Company's consolidated financial statements include the operations of acquired businesses after the acquisition date. Acquired businesses are accounted for using the acquisition method of accounting, which requires that assets acquired and liabilities assumed be recognized at their estimated fair values as of the acquisition date and that the fair value of acquired in-process research and development ("IPR&D") be recorded on the balance sheet. Transaction costs incurred by the Company are expensed as incurred. Any excess of the consideration transferred over the assigned values of the net assets acquired is recorded as goodwill. In cases where the Company acquires net assets that do not constitute a business under U.S. GAAP, no goodwill is recognized, transaction costs are capitalized as part of the cost of the acquired assets, and acquired IPR&D is expensed if it does not have an alternative future use.

The Company manages its commercial operations through one operating segment, which also represents one reportable segment, see Note 22, "Segment Information".

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

**Use of Estimates**

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the amounts reported in the financial statements These estimates and assumptions can impact all elements of the Company's financial statements.  The more significant estimates that are used when preparing the Company's financial statements include accounting for deductions from revenues including chargebacks, rebates, discounts, and returns related to sales, determining the cost of inventory that is sold, allocating cost in the form of depreciation, amortization, and estimating restructuring charges and the impact of contingencies, as well as determining uncertain tax positions and provisions for taxes on income. On the consolidated balance sheets, estimates are used in determining the valuation and recoverability of assets, and in determining the reported amounts of certain liabilities, all of which also impact the consolidated statements of operations. Certain estimates of fair value and amounts recorded in connection with acquisitions, revenue deductions, impairment reviews, restructuring-associated charges, investments and financial instruments, valuation allowances, contingencies, share-based compensation, and other calculations can result from a complex series of judgments about future events and uncertainties and can rely heavily on estimates and assumptions. Estimates are often based on complex judgments and assumptions that the Company believes to be reasonable, but that can be inherently uncertain and unpredictable. If estimates and assumptions are not representative of actual outcomes, results could be materially impacted. As future events and their effects cannot be determined with precision, estimates and assumptions may prove to be incomplete or inaccurate, or unanticipated events and circumstances may occur that might cause the Company to change those estimates and assumptions including, but not limited to, changes in the healthcare environment, competition, litigation, legislation, development of competing assets by the Company or others, regulatory actions, or product recalls or withdrawals. The Company regularly evaluates estimates and assumptions using historical experience and expectations about the future. The Company adjusts estimates and assumptions when facts and circumstances indicate the need for change. Actual results may differ from those estimates.

**Contingencies**

The Company is subject to numerous contingencies arising in the ordinary course of business and are uncertain by nature and estimation of such loss requires significant management judgment as to the probability of loss and estimation of such loss. Examples of the nature of contingencies include patent litigation, commercial and other asserted or unasserted matters, government investigations, and other matters. In assessing contingencies related to legal proceedings that are pending against the Company, or unasserted claims that are probable of being asserted, the Company records accruals for these contingencies to the extent that the Company concludes that a loss is both probable and reasonably estimable. Determination of whether a loss estimate can be made is a complex undertaking that considers the judgement of management, third-party research, the prospect of negotiation and interpretations by regulators and courts, among other information. If some amount within a range of loss appears to be a better estimate than any other amount within the range, the Company accrues that amount. Alternatively, when no amount within a range of loss appears to be a better estimate than any other amount, the Company accrues the lowest amount in the range. Related legal costs are expensed as incurred. The Company records receivables from third-party insurers up to the amount of the loss when recovery has been determined to be probable. Gain contingencies are not recognized until realized.

**Foreign Currency Translation and Transactions**

On June 9, 2022, the Company acquired all of the outstanding share capital of Acacia Pharma Group ("Acacia") and its direct subsidiary Acacia Pharma Limited ("APL" and, together with Acacia, the "Acacia subsidiaries"). Effective January 1, 2023, the Company adopted the U.S. dollar as its functional currency for the Acacia subsidiaries. Prior to January 1, 2023, the functional currency of the Acacia subsidiaries was the Pound Sterling. The change in functional currency of the Acacia subsidiaries was due to the integration into the Company being completed beginning in the first quarter of 2023. As a result of the integration, the nature and volume of the United Kingdom (the "UK") operations and funding received by the UK entities are denominated in U.S. dollars. Therefore, the UK operations of the Acacia subsidiaries are considered integrated and parent dependent. The

effect of a change in the functional currency is accounted for prospectively. Transaction gains and losses resulting from changes in foreign currency exchange rates are recorded in other income/(expense) within the consolidated statements of operations.

**Cash and Cash Equivalents**

Cash and cash equivalents include bank deposits and money market funds. Cash equivalents consist of highly liquid investments with original maturities of three months or less at the time of purchase and are recognized at cost. The carrying amount of cash and cash equivalents approximates its fair value due to its short-term nature. Cash and cash equivalents are primarily held in United States financial institutions. The Company, at times, maintains balances with financial institutions in excess of the Federal Deposit Insurance Corporation limit.

**Accounts Receivable**

Accounts receivables are stated at amortized cost less allowance for credit losses. The allowance for credit losses reflects the best estimate of future losses over the contractual life of outstanding accounts receivable and is determined on the basis of historical experience, specific allowances for known troubled accounts, other currently available information including customer financial condition and both current and forecasted economic conditions. Accounts receivables are written off against the allowance account when the Company deems the receivable to be uncollectible.

During 2024 and 2023, additions to the allowance for credit losses, write-offs and recoveries of customer receivables were not material to the Company's consolidated financial statements.

The following table presents a rollforward of the allowance for credit losses:

| (in thousands) | | |
|---|---|---|
| As of December 31, 2022 | $ | — |
| Provisions charged to operating results | | 999 |
| Account write-off and recoveries | | — |
| As of December 31, 2023 | $ | 999 |
| | | |
| As of December 31, 2023 | $ | 999 |
| Provisions charged to operating results | | 215 |
| Account write-off and recoveries | | (968) |
| As of December 31, 2024 | $ | 246 |

**Inventories**

Inventories are recorded at the lower of cost and net realizable value, with cost determined on a first-in first-out basis. The Company periodically reviews the composition of its inventories in order to identify obsolete, slow-moving or otherwise non-saleable items. If non-saleable items are observed and there are no alternate uses for the inventories, the Company will record a write-down to net realizable value in the period that the decline in value is first recognized, with a corresponding charge to cost of goods sold in the Company's consolidated statements of operations. Inventories that are not expected to be sold within 12 months are classified as other noncurrent assets in the Company's consolidated balance sheets.

The Company does not currently own manufacturing facilities and depends on an outsourced manufacturing strategy for the production of its products.

**Property and Equipment**

Property and equipment are stated at cost, including any significant improvements after purchase, less accumulated depreciation. Depreciation is computed on a straight-line method based on the estimated useful lives of the related assets

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

ranging from 4 to 7 years. Leasehold improvements are being amortized over the shorter of their useful lives or the remaining lease term.

**Intangible Assets, net**

Finite-lived intangible assets are measured at their respective fair values on the date they were acquired and stated net of accumulated amortization. The fair values assigned to the Company's intangible assets are based on reasonable estimates and assumptions given available facts and circumstances. The Company amortizes its definite-lived intangible assets based on the pattern of their accelerated or on a straight-line basis over their estimated useful lives.

The Company reviews the recoverability of its finite-lived intangible assets and long-lived assets for indicators of impairments. Events or circumstances that may require an impairment assessment include significant changes in the Company's forecasted projections for the asset or asset group for reasons including, but not limited to, significant under-performance of a product in relation to expectations, significant changes or planned changes in the Company's use of the assets, significant negative industry or economic trends, and new or competing products that enter the marketplace. If such indicators are present, the Company assesses the recoverability of affected assets by determining if the carrying value of such assets is less than the sum of the undiscounted future cash flows of the assets. If such assets are found to not be recoverable, the Company measures the amount of the impairment by comparing the carrying value of the assets to the fair value of the assets. In 2023, the Company recognized an impairment loss of $86.0 million related to the BARHEMSYS and BYFAVO finite-lived intangible assets. See Note 9, "Goodwill and Other Intangible Assets, Net" for additional information.

**Goodwill**

Goodwill was attributed to prior acquisitions (Acacia in 2022 and Arsia Therapeutics in 2016) and represents the excess of purchase price over the fair value of net assets acquired. Goodwill is not amortized, but is evaluated for impairment on an annual basis, in the fourth quarter, or more frequently if events or changes in circumstances indicate that the reporting unit's goodwill is less than its carrying amount. The Company performed its annual goodwill impairment test during the fourth quarter of 2023 and recognized an impairment loss of $49.8 million, fully impairing goodwill. The goodwill balance was zero throughout 2024. See Note 9, "Goodwill and Other Intangible Assets, Net" for additional information.

**Equity Method Investments**

For equity investments in common stock where the Company has significant influence over the financial and operating policies of the investee, the Company uses the equity method of accounting. When the Company acquires an equity method investment in an investee that does not meet the definition of a business as defined in ASC 805 - Business Combinations ("ASC 805") (including the application of the "screen test"), any acquired IPR&D relating to the investee is recognized as an expense and immediate reduction to the equity method investment so long the IPR&D has no alternative future use. The Company records its equity method investments under other assets, on the Company's consolidated balance sheets. See Note 19, "Investment in Enalare Therapeutics Inc." for additional information.

Under the equity method of accounting, the investment is adjusted to recognize the Company's proportionate share of net earnings or losses of the investee. When the Company's share of losses in an equity investment equals or exceeds the carrying amount of the Company's investment including advances made by us, the Company does not recognize further losses, unless the Company has guaranteed obligations or are otherwise committed to provide further financial support to the investee, or have other investments in the investee. The Company evaluates its equity method investments for other-than-temporary impairment. If the qualitative assessment indicates the investment is impaired, the fair value of the investment would be estimated, which could involve a significant degree of judgement and subjectivity.

**Other Equity Investments**

Investments that have readily determinable fair values are remeasured each reporting period, with changes recognized in other income (expense).

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Investments in which the Company does not have the ability to exercise significant influence and does not have readily determinable fair values, are recorded at cost minus impairment, plus or minus changes from observable price changes in orderly transactions for identical or similar investments in the same issuer.

The Company evaluates other equity investments for possible indicators of impairment whenever events or changes in circumstances indicate the carrying amount of the investment might not be recoverable. If the qualitative assessment indicates the investment is impaired, the fair value of the investment would be estimated, which could involve a significant degree of judgement and subjectivity.

**Treasury Stock**

Treasury stock is accounted for under the cost method and is included as a deduction from equity in the stockholders' equity section of the consolidated balance sheets.

**Revenue Recognition**

Revenue is recognized when a customer obtains control of promised goods or services, in an amount that reflects the consideration which the entity expects to receive in exchange for those goods or services. To determine revenue recognition for arrangements that an entity determines are within the scope of ASC 606 - Revenue from Contracts with Customers ("ASC 606"), the Company performs the following five steps: (i) identify the contract(s) with a customer; (ii) identify the performance obligations in the contract; (iii) determine the transaction price; (iv) allocate the transaction price to the performance obligations in the contract; and (v) recognize revenue when (or as) the entity satisfies a performance obligation. The Company only applies the five-step model to contracts when it is probable that the entity will collect the consideration it is entitled to in exchange for the goods or services it transfers to the customer. At contract inception, once the contract is determined to be within the scope of ASC 606, the Company assesses the goods or services promised within each contract and determines those that are performance obligations, and assesses whether each promised good or service is distinct. The Company then recognizes as revenue the amount of the transaction price that is allocated to the respective performance obligation when (or as) the performance obligation is satisfied. Sales, value add, and other taxes collected on behalf of third parties are excluded from revenue.

Product Revenue - The Company sells BENDEKA and TREAKISYM to its commercial partners, Teva and SymBio (the "Commercial Partners"). The Company sells PEMFEXY, BELRAPZO, RYANODEX, BARHEMSYS, and BYFAVO, and the Company previously sold vasopressin prior to exiting the vasopressin market in the first quarter of 2023, primarily to wholesalers and distributors (collectively, "Customers"), with a limited amount of sales that are made directly to hospitals, clinics, and surgery centers which belong to U.S. Public Health Service institutions, non-profit clinics, government entities, group purchasing organizations ("GPOs"), and health maintenance organizations (collectively, "Healthcare Providers") and other end users. Customers then resell to Healthcare Providers pursuant to contractual pricing arrangements with the Company. In addition to distribution agreements with Customers and contractual pricing arrangements with Healthcare Providers, the Company enters into arrangements with GPOs that provide for U.S. government-mandated or privately negotiated rebates, chargebacks and discounts. The Company also enters into rebate arrangements with third-party payors, which consist primarily of commercial insurance companies and government entities, to cover the reimbursement of products to Healthcare Providers. Revenue from product sales is recognized at the point when a Customer obtains control of the product and the Company satisfies its performance obligation, which generally occurs at the time product is delivered to the Customers or, in the case of sales to Commercial Partners, at the time the product is shipped. Receivables from the Company's product sales have payment terms ranging from 30 to 120 days, with select extended terms of up to 275 days to Customers on certain product purchases.

The Company assesses whether it is the principal or the agent for each arrangement with a client that involves a third party. The principal versus agent evaluation is a matter of judgment that depends on facts and circumstances of the arrangement and is dependent on whether the Company controls the good before it is transferred to the Customer or whether the Company is acting as an agent of a third party. The Company is the principal in its arrangements with Customers and therefore presents revenue gross of amounts paid to third parties because the Company controls the products before they are transferred to the Customer.

Revenue is measured as the amount of consideration the Company expects to receive in exchange for transferring products or services to a Customer. To the extent the transaction price includes variable consideration, the Company estimates the amount

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

of variable consideration that should be included in the transaction price generally utilizing the most likely amount method. As such, revenue on sales to Customers for PEMFEXY, BELRAPZO, RYANODEX, BARHEMSYS, BYFAVO, and vasopressin (discontinued in 2023) are recorded net of chargebacks, rebates, returns, prompt pay discounts, wholesaler fees and other deductions. Variable consideration is included in the transaction price if, in the Company's judgment, it is probable that a significant future reversal of cumulative revenue under the contract will not occur. Determination of whether to include estimated amounts in the transaction price is based largely on an assessment of the Company's estimate of Customer sell-through of products and other information (historical, current and forecasted) that is reasonably available. The Company believes that the estimates it has established are reasonable based upon currently available information. Applying different judgments to the same facts and circumstances could result in the estimated amounts included as variable consideration to vary. Shipping and handling activities performed after a Customer obtains control of the product are treated as fulfillment activities and are not considered to be a separate performance obligation. Related shipping and handling expenses are recorded in cost of product sales.

*Components of Gross-to-Net (GTN) Estimates*

Chargebacks: Chargebacks are discounts that occur when Healthcare Providers purchase directly from the Customers. Healthcare Providers generally purchase products at a discounted price. The Customer, in turn, charges back to the Company the difference between the price initially paid to the Company by the Customer and the discounted price paid by the Healthcare Providers (Contract Price) to the Customer. The allowance for chargebacks in the Company's recognized revenue is based on an estimate of sales through to Healthcare Providers from the Customer. The Company recognizes estimates for these chargebacks at the time of sale from the Company to its Customer as deductions from gross revenues, with corresponding adjustments to its accounts receivable reserves and allowances at the time of sale from the Company to its Customer. Changes in the chargeback provision from period to period are primarily dependent on the Company's sales to Customers, the level of inventory held by Customers, and the Customers' Customer mix. The Company's estimate of the provision for chargebacks is analyzed quarterly.

The provision for chargebacks is the most significant provision in the context of the Company's gross-to-net adjustments in the determination of net revenue.

Commercial and Medicaid Rebates: The provision for rebates is a significant estimate used in the recognition of revenue. Rebates include primarily amounts paid by the Company to Healthcare Providers and third-party payors in the U.S., including those paid to state Medicaid programs, and are based on contractual arrangements or statutory requirements. The Company estimates the rebates it will provide to third-party payors based upon a mix of information that primarily includes (i) the Company's contracts with these third-party payors, (ii) the government-mandated discounts applicable to government-funded programs, (iii) information obtained from Customers, (iv) actual rebate payments made, (v) processing time lags, (vi) expectations for payor mix, and (vii) the level of inventory in the distribution channel that will be subject to indirect rebates. Rebates reserves are recorded in the same period in which the related revenue is recognized, resulting in a reduction of product revenue and the establishment of a current liability. The current liability is included in accrued expenses and other current liabilities on the consolidated balance sheets for such period. Changes in the rebate provision from period to period are primarily dependent on the Company's sales to its wholesalers, the level of inventory held by wholesalers, the wholesalers' Customer mix, and achievement of certain purchasing tiers by Healthcare Providers and third-party payors. The Company's estimate of the provision for rebates is analyzed quarterly.

The provision for rebates is a significant provision in the context of the Company's gross-to-net adjustments in the determination of net revenue as described above.

Product Returns: The Company offers its Customers, Healthcare Providers, and other end users of PEMFEXY, BELRAPZO, BARHEMSYS, BYFAVO, and vasopressin (discontinued) limited product returns right for excess or expiring product, provided it is unopened, unprescribed, as set forth in the applicable individual agreement and the Company's policy. The Company has terms on sales of RYANODEX by which the Company does not accept returns. The Company estimates future product returns on sales of PEMFEXY, BELRAPZO, BARHEMSYS, BYFAVO, and vasopressin (discontinued) based on: (i) data provided to the Company by its Customers, (ii) data provided to the Company by a third-party data provider which collects and publishes pharmaceutical distribution data, and other third parties, (iii) historical industry information regarding return rates for similar pharmaceutical products, (iv) the estimated remaining shelf life of PEMFEXY, BELRAPZO, BARHEMSYS, BYFAVO, and vasopressin (discontinued) previously shipped and currently being shipped to Customers, (v) actual historical

F- 13

returns experience, and (vi) contractual agreements intended to limit the amount of inventory maintained by the Company's Customers. Generally, these estimated product returns reserves are recorded in the same period the related revenue is recognized, resulting in a reduction of product revenue and the establishment of a current liability which is included in accrued expenses and other current liabilities on the consolidated balance sheets in such period. The Company's estimate of the provision for returns is analyzed quarterly. Additionally, the Company regularly reviews and monitors estimated or actual inventory information at its largest Customers for its key products to inform its opinion of whether Customer inventories are in excess of ordinary course of business levels.

The provision for product returns is a significant provision in the context of the Company's gross-to-net adjustments in the determination of net revenue as described above.

Wholesaler fees and other incentives: The Company generally provides invoice discounts on PEMFEXY, BELRAPZO, RYANODEX, BARHEMSYS, BYFAVO, and vasopressin (discontinued) sales to its Customers for prompt payment and fees for distribution services, such as fees for certain data that distributors provide to the Company. The payment terms for sales to Customers generally include a 2% discount for prompt payment which is generally defined in invoice terms as a range from 30 to 120 days, with select extended terms of up to 275 days to wholesalers on certain product purchases, while the fees for distribution services are based on contractual rates agreed with the respective distributors. Based on historical data, the Company expects its distributors to earn these discounts and fees, and deducts the full amount of these discounts and fees from its gross product revenues and accounts receivable at the time such revenues are recognized. In certain cases, the Company may record the fees as accrued expenses if the Company expects that the fees will be paid to rather than deducted by the distributor from its payment to the Company. The Company's estimate of the provision for wholesaler fees is analyzed quarterly.

The Company's product sales, net were as follows:

|  | Year Ended December 31, | |
| --- | --- | --- |
| **(In thousands)** | **2024** | **2023** |
| PEMFEXY | $ 80,758 | $ 77,042 |
| RYANODEX | 33,133 | 30,405 |
| BARHEMSYS | 5,410 | 3,812 |
| BELRAPZO | 3,890 | 18,985 |
| vasopressin | — | 4,311 |
| BENDEKA | 11,358 | 15,146 |
| Other | 2,323 | 2,607 |
| Product sales, net | $ 136,872 | $ 152,308 |

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following table provides a summary roll-forward of the Company's net product revenue allowances and related reserves for the years ended December 31, 2024 and 2023, on the consolidated balance sheets:

| (In thousands) | Chargebacks | | Commercial Rebates | | Medicaid Rebates | | Product Returns | | Wholesaler Fees and Other Incentives | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2022 (restated)** | $ | 20,166 | $ | 15,904 | $ | 682 | $ | 10,063 | $ | 11,846 | $ | 58,661 |
| Provisions / Adjustments | | 77,530 | | 47,878 | | 3,224 | | 13,556 | | 28,124 | | 170,312 |
| Charges processed / Payments | | (91,902) | | (26,283) | | (1,322) | | (17,503) | | (25,634) | | (162,644) |
| **Balance at December 31, 2023** | $ | 5,794 | $ | 37,499 | $ | 2,584 | $ | 6,116 | $ | 14,336 | $ | 66,329 |
| Provisions / Adjustments | | 94,968 | | 68,753 | | 2,998 | | 5,383 | | 30,231 | | 202,333 |
| Charges processed / Payments | | (93,827) | | (68,078) | | (4,080) | | (5,194) | | (29,154) | | (200,333) |
| **Balance at December 31, 2024** | $ | 6,935 | $ | 38,174 | $ | 1,502 | $ | 6,305 | $ | 15,413 | $ | 68,329 |

Such net product revenue allowances and reserves are included within accounts receivable, net and accrued expenses and other current liabilities within the Company's consolidated balance sheets.

*Royalty Arrangements* — The Company recognizes revenue from license arrangements with respect to net sales of BENDEKA and TREAKISYM by Teva and SymBio, respectively. Royalties are recognized as earned in accordance with contract terms when they can be reasonably estimated and collectability is reasonably assured. The Company's Commercial Partners are obligated to report their net product sales and the resulting royalty due to the Company within 25 days from the end of each quarter. The Company's receivables from royalty revenue are due 45 days from the end of the quarter. In collaboration arrangements where the Company is the principal in the transaction, the Company records amounts paid to collaboration partners for their share of net sales or profits earned, and all royalty payments to collaboration partners as Cost of sales. Royalty payments received from collaboration partners are included in Royalty revenues.

*Concentration of Major Customers*

The Company derives the majority of its revenue from contracts with its Commercial Partners, large wholesalers and distributors.

The Company is exposed to risks associated with extending credit to customers related to the sale of products. The Company does not require collateral to secure amounts due from its customers. The Company uses an expected loss methodology to calculate allowances for trade receivables. The Company's measurement of expected credit losses is based on relevant information about past events, including historical experience, current conditions, and reasonable and supportable forecasts that affect the collectability of the reported amount. The Company does not currently have a material allowance for credit losses.

Further, the Company is dependent on its Commercial Partner, Teva, to market and sell BENDEKA. Therefore, the Company's future revenues are highly dependent on the collaboration and distribution arrangement with Teva.

Teva sells BENDEKA through a license agreement with the Company. Pursuant to that license agreement, Teva pays the Company a royalty based on net sales of the product and also purchases the product from the Company. A disruption in this arrangement, caused by, among other things, a supply disruption, loss of exclusivity or the launch of a superior product would have a material adverse effect of the Company's financial position, results of operations and cash flows.

On March 31, 2025, the Company entered into a royalty purchase agreement with an entity affiliated with Blue Owl Capital Inc. ("Blue Owl"), pursuant to which the Company sold a royalty interest in annual net sales of BENDEKA in the United States. The agreement is not expected to impact the Company's revenue recognition policies related to its royalty interest in sales of BENDEKA. See Note 24 - "Subsequent Events" for additional information.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The total revenues and accounts receivables broken down by major customers as a percentage of the total revenue are as follows:

|  | Year Ended December 31, | |
| --- | --- | --- |
|  | **2024** | **2023** |
| **Total revenues** | | |
| Teva - *Commercial Partner* | 34 % | 38 % |
| Customer A | 27 % | 29 % |
| Customer B | 17 % | 13 % |
| Customer C | 9 % | 7 % |
| Customer D | 11 % | 9 % |
| Other | 2 % | 4 % |
|  | 100 % | 100 % |

|  | Year Ended December 31, | |
| --- | --- | --- |
|  | **2024** | **2023** |
| **Accounts Receivable Concentration** | | |
| Teva - *Commercial Partner* | 14 % | 15 % |
| Customer A | 53 % | 63 % |
| Customer B | 13 % | 7 % |
| Customer C | 7 % | 6 % |
| Customer D | 12 % | 7 % |
| Other | 1 % | 2 % |
|  | 100 % | 100 % |

*Concentration of Suppliers*

The Company depends on suppliers and contract manufacturers for the supply of its products and related raw materials. The Company is dependent on a single separate manufacturing workflow to produce each product. During the periods ended December 31, 2024 and 2023, the primary manufacturers that produce (i) PEMFEXY, (ii) RYANODEX and (iii) BELRAPZO and BENDEKA individually represented 10% or more of the Company's cost of sales. Disruptions from these suppliers or contract manufacturers could have a negative impact on the Company's business, financial position and results of operations.

**Research and Development and Acquired IPR&D**

Costs for research and development are charged to expense as incurred and include; employee-related expenses including salaries, benefits, travel and stock-based compensation expense for research and development personnel; expenses incurred under agreements with contract research organizations, contract manufacturing organizations and service providers that assist in conducting clinical and preclinical studies; costs associated with preclinical activities and development activities, costs associated with regulatory operations; and depreciation expense for assets used in research and development activities.

Clinical study and certain research costs are recognized over the service periods specified in the contracts and adjusted as necessary based upon an ongoing review of the level of effort and costs actually incurred. Payments for these activities are based on the terms of the individual arrangements, which may differ from the patterns of costs incurred, and are reflected in the consolidated financial statements as prepaid expenses or accrued expenses as deemed appropriate. Recoveries of previously

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

recognized research and development expenses from third parties are recorded as a reduction to research and development expense in the period it becomes realizable.

Before a product candidate receives regulatory approval, the Company records upfront and milestone payments it makes to third parties under licensing and collaboration arrangements as research and development expense. Upfront payments are recorded when incurred, and milestone payments are recorded when the specific milestone has been achieved. Once a product candidate receives regulatory approval, the Company records any milestone payments in intangible assets, net. Unless the asset is determined to have an indefinite life, the Company typically amortize the payments on a straight-line basis over the remaining agreement term or the expected product life cycle, whichever is shorter. Acquired IPR&D expenses includes costs incurred in connection with (a) all upfront and milestone payments on collaboration and in-license agreements, including premiums on equity securities and (b) asset acquisitions of acquired IPR&D.

**Leases**

Operating leases that have commenced are included in other assets, Accrued expenses and other liabilities, and Other long-term liabilities on the consolidated balance sheets. The Company does not have any leases classified as finance leases. Classification of lease liabilities as either current or noncurrent is based on the expected timing of payments due under the Company's obligations.

Right-of-use (ROU) assets represent the Company's right to use an underlying asset for the lease term and lease liabilities represent the Company's obligation to make lease payments arising from the lease agreement. Lease ROU assets and liabilities are recognized at the lease commencement date based on the present value of lease payments over the lease term. Leases with an initial term of 12 months or less are not recorded on the consolidated balance sheets. The Company recognizes operating lease expense on a straight-line basis over the lease term.

Given that the Company's leases do not provide an implicit interest rate, the Company estimates incremental borrowing rates based on the information available at the commencement date in determining the present value of lease payments. Lease terms include the effect of options to extend or terminate the lease when it is reasonable certain that the Company will exercise that option. Judgment is required in assessing whether renewal and termination options are reasonably certain to be exercised.

The Company has not elected the practical expedient to account for lease and non-lease components as a single lease component.

**Advertising and Marketing**

Advertising and marketing costs are expensed as incurred. Advertising and marketing costs were $10.9 million, and $16.1 million, for the years ended December 31, 2024, and 2023, respectively.

**Restructuring Expenses**

The Company follows the provisions of ASC Topic 420, "Exit or Disposal Cost Obligations" ("ASC Topic 420") which addresses financial accounting and reporting for costs associated with exit or disposal activities. The statement requires companies to recognize costs associated with exit or disposal activities when a liability has been incurred rather than at the date of a commitment to an exit or disposal plan. The Company records liabilities that primarily include estimated severance and other costs related to employee benefits. These estimates involve judgment and uncertainties, and the settlement of these liabilities could differ materially from recorded amounts.

**Stock-Based Compensation**

The Company utilizes stock-based compensation in the form of stock options, restricted stock units ("RSUs") and performance-based stock units ("PSUs"), each of which may be granted separately or in tandem with other awards.

Compensation expense for stock options and RSUs is recognized in the consolidated statements of operations based on the estimated fair value of the awards at grant date on a straight-line basis over the requisite service period, which generally equals

F- 17

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

the vesting period of the award with the related costs recorded in Cost of sales, Selling, general and administrative expenses and/or Research and development expenses, as appropriate. Compensation expense for PSUs is recognized if and when the Company determines that it is probable the performance condition will be achieved. Forfeitures are estimated based on historical experience at the time of grant and revised in subsequent periods if actual forfeitures differ from those estimates.

The grant-date fair value of stock awards is based upon the underlying price of the stock on the date of grant or modification. The grant-date fair value of stock option awards must be determined using an option pricing model. The Company uses the Black-Scholes option pricing formula for determining the grant-date fair value of such awards. Option pricing models require the use of estimates and assumptions as to the (a) expected term of the option, (b) expected volatility of the price of the underlying stock, (c) risk-free interest rate for the expected term of the option and (d) expected dividend yield (if any).

The Company measures new stock option grants with an expected term assumption using the average of the vesting dates and contractual expiration date. The Company uses this method because it does not have sufficient historical option exercise data to provide a reasonable basis upon which to estimate the expected term. The Company estimates expected price volatility by using the Company's historical volatility when it was publicly traded. The risk-free rate for the expected term of the option is based on the zero-coupon U.S. Treasury yield curve rate at the date of the grant. The expected dividend yield is zero based on the fact that the Company has never paid dividends on its common stock and has no plans to do so in the foreseeable future.

The Company may also grant performance-based stock awards to employees from time-to-time subject to vesting based on market conditions or performance conditions. The grant-date fair value of awards that vest based on achievement of certain market conditions are determined using a Monte Carlo simulation technique. The grant-date fair value of awards that vest based on achievement of certain performance conditions are determined using the accelerated attribution method once it is probable that the performance conditions will be achieved.

**Defined Contribution Plan**

The Company established a defined contribution plan under Section 401(k) of the IRC ("401(k) Plan"). The 401(k) Plan covers all employees who meet defined minimum age and service requirements and allows participants to defer a portion of their annual compensation on a pretax basis. The Company's contributions to the 401(k) Plan in the years ended December 31, 2024 and 2023 were $0.8 million and $1.2 million, respectively.

**Income Taxes**

The Company accounts for income taxes using the asset and liability method in accordance with ASC Topic 740 - Income Taxes ("ASC 740"). Deferred tax assets and liabilities are determined based on temporary differences between financial reporting and tax bases of assets and liabilities and are measured by applying enacted rates and laws to taxable years in which differences are expected to be recovered or settled. Further, the effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that the rate changes. A valuation allowance is required when it is "more likely than not" that all or a portion of deferred tax assets will not be realized. ASC 740 also prescribes a comprehensive model for how a company should recognize, measure, present and disclose in its financial statements uncertain tax positions that the company has taken or expects to take on a tax return, including a decision whether to file or not file a return in a particular jurisdiction. The Company recognizes any interest and penalties accrued related to unrecognized tax benefits as income tax expense. The Company's assessments are based on estimates and assumptions that have been deemed reasonable by management, but estimates of unrecognized tax benefits and potential tax benefits may not be representative of actual outcomes, and variation from such estimates could materially affect the Company's financial statements in the period of settlement or when the statutes of limitations expire, as the Company treats these events as discrete items in the period of resolution.

**Recently Issued Financial Accounting Standards**

*Recently Adopted Accounting Pronouncements*

In November 2023, the Financial Accounting Standards Board ("FASB") issued ASU 2023-07, Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures, to improve reportable segment disclosure requirements. The new guidance requires disclosure of significant segment expenses that are regularly provided to the chief operating decision maker

and included in the reported measure of segment profit or loss. It does not change the definition of a segment or the guidance for determining reportable segments. The standard is effective beginning January 1, 2024, and interim periods beginning January 1, 2025 and should be applied on a retrospective basis to all periods presented in the financial statements. The Company adopted this ASU for the annual period ending December 31, 2024, resulting in additional disclosures but did not otherwise materially impact these consolidated financial statements, see Note 22, "Segment Information".

*Accounting pronouncements issued but not adopted as of December 31, 2024*

In November 2024, the FASB issued ASU 2024-03, Disaggregation of income statement expenses (Topic 220) which requires disaggregated disclosure of income statement expenses. The ASU does not change the expense captions an entity presents on the face of the income statement; rather, it requires disaggregation of certain expense captions into specified categories in disclosures within the footnotes to the financial statements. The new guidance is effective for public business entities ("PBEs") in the annual period beginning after December 15, 2026, and interim periods within fiscal years beginning after December 15, 2027. The new guidance is not applicable to non-PBEs. The Company is currently assessing the impact that this standard will have on its consolidated financial statements upon adoption.

In December 2023, the FASB issued ASU No. 2023-09, Improvements to Income Tax Disclosures (Topic 740). This ASU requires additional disclosures related to the rate reconciliation table for income taxes and disclosure of income taxes paid disaggregated by jurisdiction. The guidance is effective for PBEs on a prospective basis for fiscal years beginning after December 15, 2024, with early adoption permitted. The guidance is effective for non-PBEs for fiscal years beginning after December 15, 2025, with early adoption permitted. The Company plans to adopt this ASU for the fiscal year ending December 31, 2025, The Company is currently assessing the impact that this standard will have on its consolidated financial statements upon adoption.

## 3. Restatement of Previously Issued Consolidated Financial Statements

Subsequent to the issuance of the Company's consolidated financial statements as of December 31, 2022, as included in the Company's Annual Report on Form 10-K filed the U.S. Securities and Exchange Commission on March 23, 2023, the Company identified material errors pertaining to (i) a single transaction adjustment to PEMFEXY revenue, (ii) a recharacterization and accounting for the investment in Enalare Therapeutics Inc. (as described more fully in Note 19. "Investment in Enalare Therapeutics Inc.") from a cost method investment to an equity method investment, (iii) the accounting for certain costs impacting the opening balance sheet for the Acacia acquisition, (iv) vasopressin gross to net revenue adjustments, (v) advanced chargeback (vi) state nexus and (vii) income tax (collectively the "Restatement Adjustments"). In addition, the Company identified other immaterial errors. The Company has restated stockholders' equity as of December 31, 2022 to correct these errors (the "Restatement").

The effects of the Restatement Adjustments are summarized below.

*Revenue Recognition Adjustments - Product Sales, Net - PEMFEXY*

The Company concluded that revenue previously recognized related to a single sale of PEMFEXY in the second quarter of 2022 did not meet certain criteria of FASB ASC 606 – Revenue from Contracts with Customers, when originally recorded. The Company previously recognized revenue upon delivery to a wholesale customer but it was subsequently determined that revenue from this transaction should be deferred and recognized in later periods to the extent certain criteria have been achieved. As a result, net product sales were overstated in the consolidated financial statements, for the year ended December 31, 2022.

*Investment in Enalare Therapeutics, Inc.*

On August 8, 2022, the Company and Enalare Therapeutics, Inc ("Enalare") entered into a Securities Purchase Agreement ("SPA") pursuant to which the Company purchased shares of Enalare common stock, certain forward purchase instruments ("Forwards") that are contingent on the achievement of certain milestones by Enalare and a call option over the remaining outstanding equity in Enalare (the "Call Option"). Upon initial recognition of its investment in Enalare on August 8, 2022, the Company accounted for the investment as an equity investment pursuant to ASC 321, Investments – Equity Securities. The

historical conclusion was based on the Company's determination that its investment did not provide the Company with significant influence over the operating and financial policies of Enalare, and therefore the equity method of accounting was not applied. As such, the Company previously measured the investment at cost, less impairments, and adjusted for observable price changes in orderly transactions for the same or similar securities of the investee (the "measurement alternative").

In the course of preparing its consolidated financial statements as of and for the year ended December 31, 2024, the Company determined that although it only owned 9% of Enalare's common stock at the time of the initial investment, the Company's participation on a Joint Development Committee of Enalare, along with its rights to observe the Enalare board of directors and obligation to purchase an additional $12.5 million worth of Enalare common stock by February of 2023 provided the Company with significant influence over Enalare's operating and financial policies. Therefore, the Company concluded that it should have accounted for its investment in Enalare using the equity method of accounting in accordance with ASC 323, Equity Method Investments and Joint Ventures. The Company determined that over 90% of the value of Enalare was represented by IPR&D which did not have an alternative future use. As such, Enalare did not meet the definition of a business as defined within ASC 805, and the Company recorded an expense and corresponding reduction to the basis of its equity method investment for its proportionate share of the acquired IPR&D.

The Company's original allocation of proceeds to these three instruments has been adjusted as a part of the Restatement. Additionally, the Company originally accounted for the Forwards at fair value, but did not record any changes to the Forwards' fair value in the consolidated statements of operations. The Company has determined that the Forwards and the Call Option are freestanding instruments that do not meet the definition of a derivative and therefore are accounted for as equity investments in accordance with ASC 321, Investments – Equity Securities at cost, less impairment, utilizing the measurement alternative given the lack of readily determinable fair values for these instruments.

*Acacia Opening Balance Sheet Adjustment*

In June 2022, the Company completed its acquisition of Acacia for cash consideration and common stock totaling 94.7 million euros, which was accounted for under ASC 805, Business Combinations. As part of the transaction, Acacia incurred transaction costs pertaining to third party success fees of $4.7 million, which were erroneously expensed by the Company as transaction costs during the period of acquisition. Though the payment was ultimately made by the Company, the fees were owed by Acacia upon close and should have been reflected as an assumed liability by the Company as of the acquisition date.  The related adjustment resulted in an increase of acquired goodwill and a corresponding increase in retained earnings.

*Vasopressin Gross to Net Adjustments*

The Company initiated the commercial launch of vasopressin in 2022. The Company identified various partially offsetting errors in the gross to net revenue reserve provision as of December 31, 2022 resulting in a net impact of $0.2 million to retained earnings. The adjustments were a result of the following errors; (i) In establishing the Company's original gross to net estimates for vasopressin for Medicaid rebates, the Company incorrectly used 1%, benchmarked off its existing products to determine a reasonable estimate but did not consider all available information at the time. The actual Medicaid percentage was less than 0.01%. (ii) The Company also did not timely reserve for initial fees. (iii) Furthermore, the Company did not record a discrete return provision on short dated product sold. (iv) The adjustment related to the discrete return provision resulted in an inverse impact on the Chargeback reserve calculation taken on the short dated product sold.

*Advanced Chargeback*

The Company determined that certain chargebacks taken in advance of the applicable contractual period were not appropriately reclassified to other current assets at the time the deduction was taken by the wholesaler. This resulted in an overstatement of accounts receivable as of December 31, 2022 of $3.0 million.

*State Nexus*

The Company determined that certain of its state tax filing positions as of December 31, 2022, do not meet the more-likely-than-not recognition threshold of being sustained on examination based on technical merits. This resulted in an impact to retained earnings as of December 31, 2022 of $6.4 million.

F- 20

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Income Tax*

The Company recognized an adjustment for the income tax impact of the above restatement adjustments.

*Other Immaterial Errors*

In addition, the Company identified other immaterial errors related to (i) impairments of property and equipment, (ii) recognition of California franchise taxes, (iii) an adjustment to the wholesaler fee reserve, (iv) accounting for goods received not invoiced related to Acacia, (v) accrued salaries, (vi) balance sheet reclassification and (vii) other immaterial adjustments. The aggregate impact of these errors on the retained earnings as of December 31, 2022 was $1.1 million.

The effects of the Restatement Adjustments and other immaterial errors on the Company's stockholders' equity as of December 31, 2022 are shown in the following table.

F- 21

EAGLE PHARMACEUTICALS, INC.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

**December 31, 2022**

| (In thousands) | As Previously Reported | Restatement Adjustments | | | | | | | | | As Restated |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | PEMFEXY Revenue | Enalare | Acacia | Vasopressin GTN | Advanced Chargeback | State Nexus | Income Tax | Other Immaterial Errors | | |
| Cash and Cash equivalents | $ 55,321 | $ — | $ — | $ — | $ — | $ — | $ — | $ — | $ 637 | | $ 55,958 |
| Accounts receivable, net | 72,439 | (11,260) | — | — | 410 | (2,964) | — | — | (289) | | 58,336 |
| Inventories | 47,794 | 500 | — | — | — | — | — | — | (104) | | 48,190 |
| Prepaid expenses and other current assets | 13,200 | — | — | — | — | 2,964 | — | (72) | (974) | | 15,118 |
| Total current assets | 188,754 | (10,760) | — | — | 410 | — | — | (72) | (730) | | 177,602 |
| | | | | | | | | | | | |
| Property and equipment, net | 1,168 | — | — | — | — | — | — | — | (226) | | 942 |
| Goodwill | 45,033 | — | — | 4,735 | — | — | — | — | — | | 49,768 |
| Deferred tax asset | 27,146 | — | — | — | — | — | 1,600 | 768 | — | | 29,514 |
| Other assets | 25,732 | — | (10,052) | — | — | — | — | | 548 | | 16,228 |
| Total assets | 406,160 | (10,760) | (10,052) | 4,735 | 410 | — | 1,600 | 696 | (408) | | 392,381 |
| | | | | | | | | | | | |
| Accounts payable | 18,993 | — | — | — | — | — | — | — | (426) | | 18,567 |
| Accrued expenses and other liabilities | 85,844 | (2,793) | (1,431) | | 240 | — | — | (1,306) | 1,106 | | 81,660 |
| Total current liabilities | 111,087 | (2,793) | (1,431) | — | 240 | — | — | (1,306) | 680 | | 106,477 |
| | | | | | | | | | | | |
| Other long-term liabilities | 5,297 | — | — | — | — | — | 7,952 | (310) | — | | 12,939 |
| Total liabilities | 172,600 | (2,793) | (1,431) | — | 240 | — | 7,952 | (1,616) | 680 | | 175,632 |
| | | | | | | | | | | | |
| Retained earnings | 111,504 | (7,967) | (8,621) | 4,735 | 170 | — | (6,352) | 2,312 | (1,088) | | 94,693 |
| Total stockholders' equity | 233,560 | (7,967) | (8,621) | 4,735 | 170 | — | (6,352) | 2,312 | (1,088) | | 216,749 |
| Total liabilities and stockholders' equity | $ 406,160 | $ (10,760) | $ (10,052) | $ 4,735 | $ 410 | $ — | $ 1,600 | $ 696 | $ (408) | | $ 392,381 |

Footnote disclosures impacted by the restatement adjustments have also been corrected in the respective footnotes.

## 4. Fair Value Measurements

U.S. GAAP establishes a framework for measuring fair value under generally accepted accounting principles and enhances disclosures about fair value measurements. Fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date. Valuation techniques used to measure fair value must maximize the use of observable inputs and minimize the use of unobservable inputs. The standard describes the following fair value hierarchy based on three levels of inputs, of which the first two are considered observable and the last unobservable, that may be used to measure fair value:

- Level 1: Quoted prices in active markets for identical assets or liabilities.
- Level 2: Inputs other than Level 1 that are observable, either directly or indirectly, such as quoted prices for similar assets or liabilities; quoted prices in markets that are not active; or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.
- Level 3: Unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets or liabilities.

The fair value of interest-bearing cash, cash equivalents, accounts receivable and accounts payable approximate fair value due to their life being short term in nature, and are classified as Level 1 for all periods presented.

A summary of the fair value of the Company's recurring assets and liabilities aggregated by the level in the fair value hierarchy within which those measurements fall as of December 31, 2024:

| (In thousands) | Total | | Level 1 | | Level 2 | | Level 3 | |
|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | |
| **Cash and cash equivalents** | | | | | | | | |
| Money market funds | $ | 11,863 | $ | 11,863 | $ | — | $ | — |
| **Total** | $ | 11,863 | $ | 11,863 | $ | — | $ | — |

A summary of the fair value of the Company's recurring assets and liabilities aggregated by the level in the fair value hierarchy within which those measurements fall as of December 31, 2023:

| (In thousands) | Total | | Level 1 | | Level 2 | | Level 3 | |
|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | |
| **Cash and cash equivalents** | | | | | | | | |
| Money market funds | $ | 950 | $ | 950 | $ | — | $ | — |
| **Other assets** | | | | | | | | |
| Investment in Syros | | 3,414 | | 3,414 | | — | | — |
| **Total** | $ | 4,364 | $ | 4,364 | $ | — | $ | — |

The Company recognizes transfers between levels within the fair value hierarchy, if any, at the end of each quarter. There were no transfers in or out of Level 1, Level 2, or Level 3 during the years ended December 31, 2024 and 2023, respectively.

The Company's investment in restricted shares of common stock of Syros, following the merger of Tyme Technologies, Inc. and Syros in 2022, was classified as Level 1. The Company sold all of its restricted shares in Syros in the first quarter of 2024. Refer to Note 16, "License and Collaboration Agreements" for further information.

The carrying value of debt approximates its fair value for the periods presented due to the short-term nature and variable interest rate, which is classified as Level 2.