## 5. Inventories

The Company's inventory balances consisted of the following:

| (In thousands) | December 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| Raw and packaging materials | $ | 8,885 | $ | 8,573 |
| Work-in-process | | 3,133 | | 4,300 |
| Finished goods | | 2,406 | | 10,880 |
| Total Inventory | $ | 14,424 | $ | 23,753 |

In the year ended December 31, 2024, the Company recognized inventory write-downs, and related impact to cost of product sales, of (a) $0.4 million for BENDEKA, (b) $0.2 million in BELRAPZO, (c) $0.1 million in RYANODEX, (d) $0.1 million for PEMFEXY, and (e) $0.1 million for TREAKISYM.

In the year ended December 31, 2023, the Company recognized inventory write-downs, and related impact to cost of product sales, of (a) $11.9 million for BARHEMSYS and BYFAVO, of which $7.6 million was attributable to the inventory step-up associated with the Acacia acquisition, (b) $1.4 million for PEMFEXY, (c) $0.6 million in BENDEKA products. (d) $0.5 million for vasopressin, (e) $0.2 million in BELRAPZO, (f) $0.1 million in RYANODEX and (g) $0.1 million for TREAKISYM.

## 6. Prepaid Expenses and Other Current Assets

Prepaid expenses and other current assets consisted of the following:

| (In thousands) | December 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| Advances to commercial manufacturers | $ | 2,281 | $ | 2,220 |
| Prepaid FDA user fee and advances to clinical research organizations | | 1,830 | | 2,292 |
| Prepaid insurance | | 705 | | 300 |
| Prepaid income taxes | | 9,051 | | 10,563 |
| Prepaid research and development | | 1,226 | | 1,234 |
| Litigation insurance reimbursement | | 4,227 | | — |
| Pass-through receivables | | 4 | | 1,134 |
| Advanced chargeback | | 1,538 | | 1,059 |
| All other | | 4,373 | | 3,254 |
| Total prepaid expenses and other current assets | $ | 25,235 | $ | 22,056 |

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

## 7. Other Noncurrent Assets

Other noncurrent assets consisted of the following:

| (In thousands) | December 31, 2024 | | December 31, 2023 | |
|---|---:|---|---:|---|
| Lease assets | $ | 4,193 | $ | 5,885 |
| Prepaid research and development | | 4,526 | | 4,008 |
| Investment in Enalare | | 5,567 | | 5,968 |
| Investment in Syros | | — | | 3,414 |
| Litigation insurance reimbursement | | — | | 2,200 |
| Other | | 917 | | 992 |
| Total other noncurrent assets | $ | 15,203 | $ | 22,467 |

## 8. Property and Equipment, Net

Property and equipment consisted of the following:

| (In thousands) | December 31, 2024 | | December 31, 2023 | | Estimated Useful Life (years) |
|---|---:|---|---:|---|---:|
| Furniture and fixtures | $ | 1,198 | $ | 1,525 | 7 |
| Office equipment | | 1,077 | | 1,077 | 5 |
| Equipment | | 3,572 | | 4,077 | 5 |
| Leasehold improvements | | 1,155 | | 1,155 | 4 |
| | | 7,002 | | 7,834 | |
| Less: accumulated depreciation | | (6,660) | | (7,150) | |
| Property and equipment, net | $ | 342 | $ | 684 | |

Depreciation expense was $0.3 million and $0.3 million for the years ended December 31, 2024 and 2023, respectively.

## 9. Goodwill and Other Intangible Assets, Net

The gross carrying amounts and net book value of the Company's goodwill were as follows:

| (In thousands) | | |
|---|---:|---|
| **Balance as of December 31, 2022 (Restated)** | $ | 49,768 |
| Impairment losses recognized during the period | | (49,768) |
| **Balance as of December 31, 2023** | $ | — |
| Impairment losses recognized during the period | | — |
| **Balance as of December 31, 2024** | $ | — |

*2023 Goodwill Impairment Assessment*

The Company previously recorded goodwill related to the acquisition of Arsia Therapeutics in 2016 (subsequently renamed to Eagle Biologics, Inc.) and Acacia in 2022. In connection with our annual goodwill impairment assessment in the fourth quarter of 2023, the Company recognized a goodwill impairment loss of $49.8 million in its consolidated statement of operations driven by lower forecasted operating results of the Company, reducing the carrying amount of goodwill to zero as of December

31, 2023. An income approach was used to determine the fair value of the Company's single reporting unit, using forecasted discounted cash flows plus a terminal value. The Company did not recognize a goodwill impairment loss prior to 2023.

The use of estimates and the development of valuation assumptions results in a certain level of subjectivity in the forecasted cash flows. The Company's significant assumptions in the income approach model included, but were not limited to: revenue growth rates, gross and operating profit margins, investments in research and development, capital expenditures and working capital, discount rate and terminal growth rate. The Company considered the current market conditions and the outlook for the Company's marketed and pipeline assets when determining these assumptions.

The use of estimates and the development of valuation assumptions results in a certain level of subjectivity in the forecasted cash flows. A change in any of these estimates and assumptions, as well as unfavorable changes in market conditions, could produce a different fair value, which could have a negative impact and result in a future impairment charge and a negative material impact on the Company's results of operations.

**Other Intangible Assets**

The gross carrying amounts and net book value of the Company's other intangible assets were as follows:

| | | December 31, 2024 | | | |
|---|---|---|---|---|---|
| (In thousands, except as indicated) | Useful Life (In Years) | Gross Carrying Amount | Accumulated Amortization | Accumulated Impairment Charges | Net Book Value |
| BARHEMSYS intangible *(1)* | 9 | $ 70,319 | $ (12,500) | $ (57,819) | $ — |
| BYFAVO intangible *(1)* | 9 | 33,714 | (5,550) | (28,164) | — |
| RYANODEX intangible *(2)* | 9 | 15,000 | (12,698) | — | 2,302 |
| PEMFEXY intangible *(3)* | 2 | 15,000 | (15,000) | — | — |
| vasopressin milestone *(4)* | 1 | 750 | (750) | — | — |
| Total | | $ 134,783 | $ (46,498) | $ (85,983) | $ 2,302 |

| | | December 31, 2023 | | | |
|---|---|---|---|---|---|
| (In thousands, except as indicated) | Useful Life (In Years) | Gross Carrying Amount | Accumulated Amortization | Accumulated Impairment Charges | Net Book Value |
| BARHEMSYS intangible *(1)* | 9 | $ 70,319 | $ (12,500) | $ (57,819) | $ — |
| BYFAVO intangible *(1)* | 9 | 33,714 | (5,550) | (28,164) | — |
| RYANODEX intangible *(2)* | 9 | 15,000 | (10,187) | — | 4,813 |
| PEMFEXY intangible *(3)* | 2 | 15,000 | (9,378) | — | 5,622 |
| vasopressin milestone *(4)* | 1 | 750 | (750) | — | — |
| Total | | $ 134,783 | $ (38,365) | $ (85,983) | $ 10,435 |

*(1)* Represents intangible assets acquired in the Acacia acquisition.
*(2)* Represents a one-time payment made in 2016 to reduce the royalties payable to a third party on RYANODEX net sales.
*(3)* Represents a one-time payment in 2022 made to reduce the royalties payable to a third party on PEMFEXY net sales.
*(4)* Represents a milestone payment paid to a third party upon FDA approval of vasopressin.

Amortization expense amounted to $8.1 million and $21.9 million, for the years ended December 31, 2024, and 2023, respectively.

*2023 Intangible Assets Impairment Assessment*

In conjunction with its goodwill impairment assessment, the Company identified impairment indicators and evaluated its asset groups, inclusive of finite lived intangible assets, for impairment.   The impairment indicators included revenue performance below expectations, a decline in the Company's stock price and market capitalization, and significantly lower forecasted operating results that are other than temporary for the BARHEMSYS and BYFAVO products. The Company assessed the recoverability of its asset groups and determined that the carrying value of the asset group inclusive of the BARHEMSYS and BYFAVO intangible assets was less than the sum of the undiscounted future cash flows. Since these intangible assets were found to be not recoverable, the Company utilized a discounted cash flow model to estimate the fair values of each asset group and recognized impairment losses of $57.8 million and $28.2 million for the asset group containing BARHEMSYS and BYFAVO, respectively, for the year ended December 31, 2023. After these impairments, the carrying amounts of the BARHEMSYS and BYFAVO intangibles were each reduced to zero as of December 31, 2023. The Company determined that the carrying value of its other asset group was recoverable.

The Company determined that no indicators of impairment of finite-lived intangible assets or long-lived assets existed at December 31, 2024.

*Estimated Amortization Expense for Intangible Assets*

Based on definite-lived intangible assets recorded as of December 31, 2024, and assuming that the underlying assets will not be impaired and that the Company will not change the expected lives of the assets for any reason, including future acquisitions, divestitures, or abandonments, the intangibles were expected, as of December 31, 2024, to be fully amortized by June 2025, with an estimated full year 2025 expense of $2.3 million.

## 10. Accrued Expenses and Other Liabilities

Accrued expenses and other liabilities consisted of the following:

| (In thousands) | December 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Accrued product sales reserves | $ 54,076 | $ 51,331 |
| Accrued litigation settlement | 18,363 | 10,000 |
| Accrued salary and other compensation | 6,144 | 7,853 |
| Accrued professional fees | 4,167 | 8,697 |
| Royalties payable to commercial partners | 3,400 | 4,487 |
| Accrued research & development | 3,335 | 2,365 |
| Inventory received but not invoiced | 1,618 | 1,695 |
| Current portion of lease liability | 1,236 | 1,467 |
| Income taxes payable | 1,680 | 645 |
| Other | 548 | 1,034 |
| Total accrued expenses and other liabilities | $ 94,567 | $ 89,574 |

See Note 20, "Legal Proceedings", Curia's Claims in Arbitration and Litigation, for additional information on the accrued litigation settlement.

**Note 11. Other Long-Term Liabilities**

Other long-term liabilities consisted of the following:

| (In thousands) | December 31, 2024 | December 31, 2023 |
|---|---:|---:|
| Deferred tax liability | $ 7,252 | $ 8,384 |
| Lease liabilities | 3,270 | 4,506 |
| Long term legal accrual | — | 2,200 |
| Other long term liabilities | 3,185 | 3,241 |
| Total other long-term liabilities | $ 13,707 | $ 18,331 |

**12. Leases**

The Company leases office space in Woodcliff Lake, New Jersey for the Company's principal office under an amended lease agreement through June 30, 2025. In the third quarter of 2024, the Company vacated from a portion of the leased office space in Woodcliff Lake, and incurred a $0.1 million charge primarily related to accelerated amortization of the right-of-use asset and disposal of the accompanying leasehold fixed assets. The remaining $0.1 million lease liability related to the abandoned lease facility is presented under other current liabilities as of December 31, 2024, and the Company will continue to make payments under the lease agreement until the end of the lease term on June 30, 2025. In June 2025, the Company entered into an amendment to the lease agreement. Refer to Note 24 - "Subsequent Events" for additional information.

The Company previously leased an office space located in Palm Beach Gardens, Florida which was terminated early in September 2024.

In August 2023, the Company renewed its office lease in Indianapolis, Indiana for an additional term commencing February 1, 2024 and ending April 30, 2027. Annual base rent in the first year is $0.1 million and increases 2.5% each year. In November 2023, the Company renewed its lease for lab space in Cambridge, Massachusetts for an additional term commencing May 1, 2024 and ending April 30, 2029. Annual base rent in the first year is $1.0 million and increases 3.0% each year.

All of the Company's leases are classified as operating leases and have weighted average remaining lease terms of approximately 3.9 years. The principal office and the Indianapolis leases include renewal options to extend the lease for up to 5 years. The renewal options were not included in the calculation of the right-of-use assets and lease liabilities because as of the date the Company entered into the leases it was not reasonably certain that the options would be exercised.

Variable lease costs represent amount incurred for common area maintenance, property taxes and other charges not included in the fixed lease payments.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The tables below summarize the Company's total lease costs included in the consolidated financial statements, as well as other required quantitative disclosures:

| | | Year Ended December 31, | | |
|---|---|---|---|---|
| (In thousands, except as indicated) | | 2024 | | 2023 |
| Operating lease cost | $ | 1,803 | $ | 1,564 |
| Variable lease cost | | 521 | | 437 |
| Total operating lease expense | $ | 2,324 | $ | 2,001 |
| | | | | |
| **Other information:** | | | | |
| Cash paid for amounts included in the measurement of lease liabilities | | | | |
| Operating cash flows for operating leases | $ | 1,862 | $ | 1,567 |
| Right-of-use assets obtained in exchange for new operating lease liabilities | | — | $ | 4,764 |
| Weighted-average remaining lease term - operating leases | | 3.9 years | | 4.4 years |
| Weighted-average discount rate - operating leases | | 7.9 % | | 7.8 % |

**Balance Sheet Classification as of December 31, 2024**

**(In thousands)**

| | | |
|---|---|---|
| Current lease liabilities (included with Accrued expenses and other liabilities) | $ | 1,236 |
| Long-term lease liabilities (included with Other long-term liabilities) | | 3,270 |
| Total lease liabilities | $ | 4,506 |

Future lease payments for non-cancellable operating leases as of December 31, 2024 were as follows:

| **(In thousands)** | | |
|---|---|---|
| 2025 | $ | 1,529 |
| 2026 | | 1,149 |
| 2027 | | 1,099 |
| 2028 | | 1,090 |
| 2029 | | 367 |
| Thereafter | | — |
| Total future lease payments | | 5,234 |
| Less imputed interest | | (728) |
| Total lease liability | $ | 4,506 |

## 13. Debt

The Company's debt consisted of the following:

| (In thousands) | | December 31, 2024 | | December 31, 2023 |
|---|---|---|---|---|
| Term Loan | $ | 32,500 | $ | 42,500 |
| Credit Facility | $ | 25,000 | $ | 35,000 |
| Less: deferred financing | $ | (666) | $ | (831) |
| Net carrying value | $ | 56,834 | $ | 76,669 |
| | | | | |
| Net carrying value of Short-term debt | $ | 56,834 | $ | 76,669 |

The total capacity of the Credit Facility as of December 31, 2024 and 2023 was $35.0 million and $100.0 million, respectively. Accordingly, the unused capacity of the Credit Facility as of December 31, 2024 and 2023 was $10.0 million and $65.0 million, respectively.

### Third Party Debt Agreements

*Third Amended and Restated Credit Agreement*

On November 1, 2022, the Company entered into the Third Amended and Restated Credit Agreement (the "Credit Agreement"), with JPMorgan Chase Bank, N.A., as administrative agent (the "Administrative Agent") and the lenders party thereto, which was terminated as of March 31, 2025 as described below. The Credit Agreement included a $50.0 million term loan facility (the "Revolving Credit Facility") and a $100.0 million revolving credit facility. On the effective date of the Credit Agreement, the Company borrowed $50.0 million under the term loan facility and $15.0 million under the Revolving Credit Facility. All amounts outstanding under the Credit Agreement were to become due and payable on October 31, 2025, unless otherwise accelerated or extended pursuant to the terms of the Credit Agreement.

The Credit Agreement contained customary representations and warranties and customary affirmative and negative covenants applicable to the Company and its consolidated subsidiaries, including, among other things, restrictions on indebtedness, liens, investments, mergers, dispositions, prepayment of other indebtedness and dividends and other distributions. Under the terms of the Credit Agreement, the Company was required to comply with (a) a maximum total net leverage ratio, (b) a fixed charge coverage ratio and (c) a minimum liquidity covenant.

Under the Credit Agreement, virtually all property owned, leased or operated by the Company currently or acquired in the future served as collateral. This excluded certain assets, including real property (including any leasehold interest therein), assets subject to certificates of title, and others.

Loans under the Credit Agreement accrued interest, at the Company's option, at a rate equal to either (a) the SOFR rate, plus a credit adjustment spread, plus an applicable margin ranging from 2.50% to 3.25% per annum, based upon the total net leverage ratio (as defined in the Credit Agreement), or (b) the prime lending rate, plus an applicable margin ranging from 1.50% to 2.25% per annum, based upon the total net leverage ratio. The Company was required to pay a commitment fee on the unused portion of the Revolving Credit Facility in the Credit Agreement at a rate ranging from 0.38% to 0.48% per annum based upon the total net leverage ratio.

During 2024, the Company entered into several waiver and amendment agreements with respect to the Credit Agreement which subjected the Company to certain additional restrictive and affirmative covenants that certain Limited Waiver and First Amendment to Third Amended and Restated Credit Agreement (the "First Amendment Agreement"), dated as of January 12, 2024, that certain Second Amendment to Third Amended and Restated Credit Agreement (the "Second Amendment Agreement"), dated as of February 29, 2024, that certain Third Amendment to Third Amended and Restated Credit Agreement (the "Third Amendment Agreement"), dated as of May 14, 2024, and that certain Limited Waiver and Fourth Amendment to

Third Amended and Restated Credit Agreement (the "Fourth Amendment Agreement", and together with the First Amendment Agreement, the Second Amendment Agreement and the Third Amendment Agreement, the "Amendment Agreements" and the Credit Agreement as amended by the Amendment Agreements, the "Amended Credit Agreement"), dated as of August 26, 2024. Pursuant to the terms Amended Credit Agreement, the Company was required to, among other things, deliver to the Administrative Agent and the Lenders, by not later than September 30, 2024:

- (a) annual audited financial statements for the fiscal year ended December 31, 2023, reported on by the Company's independent public accountant (without a "going concern" or like qualification or exception and without any qualification or exception as to the scope of such audit) to the effect that such consolidated financial statements present fairly in all material respects the financial condition and results of operations of the Company and its consolidated subsidiaries in accordance with GAAP;

- (b) restated quarterly financial statements for the fiscal quarter ended June 30, 2023;

- (c) quarterly financial statements for the fiscal quarters ended September 30, 2023, March 31, 2024, and June 30, 2024; and

- (d) concurrently with delivery of each of the financial statements referred to in the foregoing clauses (a) through (c), a certificate by one of its officers that such financial statements present fairly in all material respects the financial condition and results of operations of the Company and its consolidated subsidiaries in accordance with GAAP for the respective fiscal period (clauses (a)-(d), the "Applicable Reporting Requirements")

On December 12, 2023, the Audit Committee determined that the Company's previously issued and unaudited financial statements for the quarter ended June 30, 2023, as previously filed with the SEC, should no longer be relied upon and should be restated. In addition, on September 27, 2024, the Audit Committee determined that the Company's audited financial statements for the fiscal year ended December 31, 2022, and unaudited financial statements for the quarters ended June 30, 2022, September 30, 2022, and March 31, 2023 (collectively, the "Non-Reliance Period"), as previously filed with the SEC, should no longer be relied upon and should be restated. In connection with the non-reliance determination the financial statements for the fiscal periods within the Non-Reliance Period previously delivered to the Administrative Agent and the Lenders did not present fairly in all material respects the financial condition and results of operations which is an event of default under the Credit Agreement. As a result, the Company was in default under the Credit Agreement as of December 31, 2023 and December 31, 2024.

In connection with the Amendment Agreements, the Company incurred $0.6 million of professional fees in 2024.

In the first quarter of 2025, the Company repaid, in full, all amounts outstanding under the Amended Credit Agreement, which included $32.5 million under the term loan and $25.0 million under the revolving loans. In connection with the repayment the Amended Credit Agreement was terminated and may no longer be utilized for borrowings. Please refer to Note 24, "Subsequent Events", for further clarification

*Limited Waiver and First Amendment to Third Amended and Restated Credit Agreement*

In January 2024, the Company entered into the First Amendment Agreement, which, among other things, (i) provided a waiver of defaults and events of default that occurred and were continuing under the Credit Agreement at such time, (ii) restated certain of the financial reporting obligations thereunder and (iii) revised certain of the affirmative and negative covenants applicable to the Company and its subsidiaries.

Pursuant to the Limited Waiver and First Amendment Agreement, (i) the Company was required to deliver to the Administrative Agent and the lenders, by not later than May 13, 2024, (a) annual audited financial statements for the fiscal year ended December 31, 2023, reported on by the Company's independent public accountant (without a "going concern" or like qualification or exception and without any qualification or exception as to the scope of such audit) to the effect that such consolidated financial statements present fairly in all material respects the financial condition and results of operations of the

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Company and its consolidated subsidiaries in accordance with GAAP (the "Annual Financial Statement Requirement"), (b) restated quarterly financial statements for the fiscal quarter ended June 30, 2023 and (c) quarterly financial statements for the fiscal quarter ended September 30, 2023, (ii) the Company was required to deliver to the Administrative Agent and the lenders, by not later than June 3, 2024, quarterly financial statements for the fiscal quarter ended March 31, 2024, (iii) the Company was required to deliver to the Administrative Agent and the lenders, concurrently with delivery of the financial statements referred to in the foregoing clauses (i)(b), (i)(c) and (ii), a certificate by one of its officers that such financial statements present fairly in all material respects the financial condition and results of operations of the Company and its consolidated subsidiaries in accordance with GAAP for the respective quarter (clauses ((i)(b), (i)(c) and (ii), the "Quarterly Financial Statement Requirement" and together with the Annual Financial Statement Requirement, the "Financial Statement Requirement") and (iv) until the Quarterly Financial Statement Requirement had been satisfied, (a) availability under the Revolving Credit Facility under the Credit Agreement was reduced from $100.0 million to $50.0 million (the "Availability Restriction"), (b) the Company is not permitted to utilize any negative covenant flexibility that is based on a pro forma compliance with any of the Fixed Charge Coverage Ratio, Senior Secured Net Leverage Ratio and/or the Total Net Leverage Ratio test (each as defined in the Credit Agreement), which restricted the Company's flexibility to, among other things, incur certain additional indebtedness, complete certain corporate transactions, including certain acquisitions and dispositions, or make certain additional restricted payments (the "Covenant Flexibility Restriction") and (c) compliance with the minimum liquidity covenant is waived (the "Liquidity Covenant Waiver").

*Second Amendment Agreement to Third Amended and Restated Credit Agreement*

In February 2024, the Company entered into the Second Amendment Agreement, which, among other things, amended certain of the financial reporting obligations set forth in the Credit Agreement and the First Amendment Agreement.

*Third Waiver Amendment to Third Amended and Restated Credit Agreement*

In May 2024, the Company entered into the Third Amendment Agreement, which, among other things, (i) restated certain of the financial reporting obligations set forth in the Credit Agreement and (ii) permanently reduced availability under the Revolving Credit Facility from $100 million to $50 million.

Pursuant to the terms of the Third Amendment Agreement, the Company was required to (i) deliver to the administrative agent and lenders, by not later than July 31, 2024, (a) annual audited financial statements for the fiscal year ended December 31, 2023, reported on by the Company's independent public accountant (without a "going concern" or like qualification or exception and without any qualification or exception as to the scope of such audit) to the effect that such consolidated financial statements present fairly in all material respects the financial condition and results of operations of the Company and its consolidated subsidiaries in accordance with GAAP, (b) restated quarterly financial statements for the fiscal quarter ended June 30, 2023, (c) quarterly financial statements for the fiscal quarters ended September 30, 2023 and March 31, 2024, and (d) concurrently with delivery of each of the financial statements referred to in the foregoing clauses (a) through (c), a certificate by one of its officers that such financial statements present fairly in all material respects the financial condition and results of operations of the Company and its consolidated subsidiaries in accordance with GAAP for the respective quarter (this clause (i), the "Existing Reporting Requirements") and (ii) to not permit the Fixed Charge Coverage Ratio, determined as of the end of each of the Company's fiscal quarters, to be less than 1.10 to 1.00 (the "Subject Financial Covenant").

*Limited Waiver and Fourth Amendment to Third Amended and Restated Credit Agreement*

In August 2024, the Company entered into the Fourth Amendment Agreement, which, among other things, (i) provided a waiver of defaults and events of default that occurred and were continuing under the Credit Agreement at such time, (ii) restated certain of the financial reporting obligations thereunder, (iii) revised certain of the affirmative and negative covenants applicable to the Company and its subsidiaries, (iv) reduced the revolving commitments under the Credit Agreement from $50.0 million to $45.0 million, (v) increased the scheduled amortization payments due on December 31, 2024, March 31, 2025, June 30, 2025 and September 30, 2025 from $2.5 million (for each such date) to $7.5 million for each of December 31, 2024 and March 31, 2025 and $10.0 million for each of June 30, 2025 and September 30, 2025, (vi) imposed a quarterly ticking fee, commencing with the fiscal quarter ending March 31, 2025, equal to 1% of the aggregate principal amount of outstanding loans, plus the aggregate amount of revolving commitments under the Credit Agreement (whether drawn or undrawn), as of the last day of each quarter, and (vii) imposed an additional, automatic $10.0 million reduction in revolving commitments under the

Credit Agreement on December 31, 2024. In addition, the Company is required to maintain a minimum cash liquidity of $10.0 million at all times.

The Company, with consent from its lenders, made $5.0 million of the $7.5 million payment owed on December 31, 2024 under the Fourth Amendment Agreement on January 30, 2025.

**Interest Expense**

The following table sets forth interest expense recognized related to the Company's debt for the years ended December 31, 2024 and 2023, respectively;

| (In thousands) | December 31, 2024 | | December 31, 2023 |
|---|---|---|---|
| Contractual interest expense | $ | 6,082 | $ 5,998 |
| Amortization of deferred financing | $ | 887 | $ 453 |
| Financing arrangement interest expense | $ | — | $ 262 |

The Company recognized amortization of deferred financing costs on a straight-line basis. As of December 31, 2024 and December 31, 2023, the effective interest rate of the Company's term loan was 12.4% and 10.61%, respectively.

## 14. Common Stock and Stock-Based Compensation

**Common Stock Delisting**

On November 15, 2024, the Company notified The Nasdaq Stock Market, LLC ("Nasdaq") of its intent to file its own Form 25 (Notification of Removal of Listing) with the SEC to complete the previously disclosed process to delist the Company's common stock from the Nasdaq Global Market in advance of Nasdaq's anticipated filing of a Form 25 with the SEC. This followed the suspension of the Company's common stock from trading on Nasdaq as of October 3, 2024, pursuant to a final delisting notice sent to the Company by the Listing Qualifications Department of Nasdaq due to the Company's inability to regain compliance with Nasdaq Listing Rule 5250(c)(1). The Company filed a Form 25 with the SEC on November 26, 2024 and subsequently filed a Form 15 (Certification and Notice of Termination of Registration Under Section 12(G) of the Securities Exchange Act of 1934 or Suspension of Duty to File Reports Under Sections 13 and 15(d) of the Securities Exchange Act of 1934) which together served to deregister the Company's common stock under Section 12(b) and 15(d) of the Securities Exchange Act of 1934, as amended. See Note 24, "Subsequent Events" for further details. The Company's common stock has traded on the OTC Expert Market since October 4, 2024.

**Common Stock Repurchase Program**

In March 2020, the Company announced that its board of directors approved a new share repurchase program (the "Share Repurchase Program") providing for the repurchase of up to an aggregate of $160.0 million of the Company's outstanding common stock.

Under the Share Repurchase Program, the Company is authorized to repurchase shares through open market purchases, privately-negotiated transactions, accelerated share repurchases or otherwise in accordance with applicable federal securities laws, including through Rule 10b5-1 trading plans and under Rule 10b-18 of the Exchange Act. The repurchases have no time limit and may be suspended or discontinued completely at any time. The timing and amount of repurchases will depend on a variety of factors, including the Company's available capital resources and other financial and operational performance, alternative investment opportunities, corporate and regulatory requirements, market conditions, including the trading price of its common stock, and other factors. Any repurchases will be made using the Company's cash resources.

From August 2016 through the third quarter of 2023, the Company repurchased an aggregate of 4,777,296 shares of common stock for an aggregate of $250.1 million pursuant to the Company's share repurchase programs which were in effect since during such period (including the Share Repurchase Program). The Company incurred a total of $3.0 million in expenses related to the Share Repurchase Programs during such period. No repurchases under the Share Repurchase Program have

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

occurred since the third quarter of 2023. Approximately $81.8 million remained available under the Share Repurchase Program approved in March 2020 for future purchases of common stock as of December 31, 2024.

The Company repurchased the following shares of common stock with cash resources:

| | Year Ended December 31, | |
|---|---|---|
| (In thousands, except share amounts) | 2024 | 2023 |
| Shares of common stock repurchased | — | 224,566 |
| Cash paid for repurchases of common stock | $ — | $ 4,000 |

**Stock-Based Compensation**

In November 2013, the Company's board of directors approved the 2014 Equity Incentive Plan (the "2014 Plan") which became effective on February 11, 2014. The 2014 Plan provides for the awards of incentive stock options, non-qualified stock options, restricted stock, restricted stock units and other stock-based awards. Awards generally vest equally over a period of four years from grant date. Vesting is accelerated under a change in control of the Company or in the event of death or disability to the recipient, each under certain circumstances. In the event of termination, any unvested shares or options are generally forfeited. As of December 31, 2024 and December 31, 2023, the Company has reserved and made available 5,646,067 and 4,573,266 shares, respectively, of common stock for issuance under the 2014 Plan.

In 2018, the Company introduced a new long-term incentive program as part of the 2014 Plan with the objective to better align the share-based awards granted to management with the Company's focus on improving total stockholder return over the long-term. The share-based awards granted under this long-term incentive program consist of time-vesting stock options, time-vesting RSUs and performance-based PSUs.

*Stock Options*

The fair value of stock options granted to employees, directors, and consultants is estimated using the following weighted average assumptions:

| | Year Ended December 31, |
|---|---|
| | 2023 |
| Risk-free interest rate | 3.49% - 4.68% |
| Volatility | 44.02% - 51.84% |
| Expected term (in years) | 5.24 - 6.08 years |
| Expected dividend yield | 0.0% |

Disclosure of fair value assumptions is not applicable for 2024 as no stock options were granted during the year ended December 31, 2024.

F- 34

EAGLE PHARMACEUTICALS, INC.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

The following table summarizes information about stock option activity related to the 2014 Plan:

| | Number of Stock Option Shares | Weighted Average Exercise Price (Per Share) | Non-Exercisable | Exercisable |
|---|---|---|---|---|
| **Outstanding at December 31, 2022 (Restated)** | **2,422,813** | **$ 57.51** | **307,602** | **2,115,211** |
| Granted | 426,268 | $ 11.36 | | |
| Exercised | (37,432) | $ 9.28 | | |
| Forfeited | (122,161) | $ 50.45 | | |
| Expired | (8,466) | $ 50.62 | | |
| **Outstanding at December 31, 2023** | **2,681,022** | **$ 51.19** | **471,818** | **2,209,204** |
| Granted | — | $ — | | |
| Exercised | — | $ — | | |
| Forfeited | (79,325) | $ 43.52 | | |
| Expired | (103,784) | $ 12.64 | | |
| **Outstanding at December 31, 2024** | **2,497,913** | **$ 53.03** | **26,207** | **2,471,706** |

The weighted-average grant-date fair value of stock options granted during the year ended 2023 was $5.48 per option. As of December 31, 2024, there was $0.4 million unrecognized stock-based compensation expense related to stock options that is expected to be recognized over a weighted average period of 1.7 years. The total intrinsic value of options exercised during the year ended December 31, 2024 and 2023 was zero and $0.5 million, respectively. The total fair value of shares vested during the year ended December 31, 2024, and 2023 was $2.8 million and $5.1 million, respectively.

The weighted average remaining contractual terms of stock options outstanding as of December 31, 2024 and 2023 was 3.4 and 4.3 years, respectively. The weighted average remaining contractual terms of options exercisable as of December 31, 2024 and 2023 was 3.4 and 3.3 years, respectively. The weighted average exercise price of options exercisable as of December 31, 2024 and 2023 was $53.21 and $58.64, per option, respectively. Stock options have an expiration of no longer than ten-years from its grant date.

The aggregate pre-tax intrinsic value of stock options outstanding as of December 31, 2024, and 2023 was zero and $0.1 million, respectively. The aggregate pre-tax intrinsic value of exercised and exercisable options as of December 31, 2024 and 2023 was zero and $0.5 million, respectively.

*RSUs*

Each vested time-based RSU represents the right of a holder to receive one of the Company's common stock. The fair value of each RSU granted was estimated based on the closing price of the Company's common stock on the date of grant.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following table summarizes information about RSU activity related to the 2014 Plan:

| | Number of Restricted Stock Units | | Weighted Average Grant Date Fair Value (Per Share) |
|---|---|---|---|
| **Non-vested at December 31, 2022** | **269,163** | **$** | **44.71** |
| Granted | 253,700 | $ | 22.59 |
| Vested | (106,321) | $ | 45.56 |
| Forfeited | (38,855) | $ | 39.52 |
| **Non-vested at December 31, 2023** | **377,687** | **$** | **30.15** |
| Granted | — | $ | — |
| Vested | (202,622) | $ | 26.05 |
| Forfeited | (39,006) | $ | 29.44 |
| **Non-vested at December 31, 2024** | **136,059** | **$** | **33.94** |

As of December 31, 2024, there was $2.3 million of unrecognized stock-based compensation expense related to non-vested RSUs that is expected to be recognized over a weighted average period of 1.9 years. The total fair value of RSU's vested during the year ended December 31, 2024, and 2023 was $5.3 million and $4.8 million, respectively.

*PSUs*

During the fourth quarter of 2024, the Company granted 100,000 performance condition Milestone PSUs with a grant date fair value of $1.69 per PSU. The Milestone PSUs vest as follows: 50% of the PSUs will vest on the 60th day following achievement of the Performance Goal (as defined below) and the remaining 50% vests on the one-year anniversary of the date of achievement of the Performance Goal. The "Performance Goal" means achievement of both of the following two conditions on or before June 30, 2026, as determined by the Board: (1) the Company has filed all periodic reports covering all fiscal periods required to be filed with the U.S. Securities and Exchange Commission prior to such date which the Company's board of directors may, at its option, certify the achievement of on the basis of the Company's filing and effectiveness of one or more registration statements or reports which cover all financial information required by the SEC as of such date or dates, and (2) the Company's common stock is listed on The Nasdaq Stock Market LLC, the NYSE American, or the New York Stock Exchange (or any successors to any of the foregoing). The contractual term of these awards is through June 2026. All vesting is subject to the recipient remaining in continuous service (as defined in the 2014 Plan) through the vesting date, provided that vesting will accelerate in full upon a change in control (as defined in the 2014 Plan). The fair value of Milestone PSUs granted was estimated based on a 409A valuation performed by the Company with the assistance of an independent valuation specialist. As of December 31, 2024, the Company has not recognized any stock-based compensation expense related to the Milestone PSUs given that the achievement of the Performance Goals was deemed improbable.

During the first quarter of 2023, the Company granted 211,800 market condition PSUs based on its total stockholder return ("TSR") relative to the TSR of each member of the S&P 600 Biotechnology Select Industry Index (the defined peer group) with a weighted-average grant date fair value of $41.72 per PSU. The fair value of PSUs granted to employees was estimated using a Monte Carlo simulation model. Inputs used in the calculation include a risk-free interest rate of 4.39%, an expected volatility of 44%, contractual term of 4 years, and no expected dividend yield.

The fair value of market condition PSUs granted to employees was estimated using a Monte Carlo simulation model. Inputs used in the calculation are described above. As of December 31, 2024, there was $0.9 million of unrecognized stock-based compensation expense related to non-vested PSUs that are expected to be recognized over a weighted average period of 2.1 years. The total fair value of PSUs vested during the year ended December 31, 2024 and 2023 was $0.5 million and zero, respectively.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following table summarizes information about PSU activity related to the 2014 Plan:

| | Number of Performance Stock Units | Weighted Average Grant Date Fair Value (Per Share) | |
|---|---|---|---|
| Non-vested at December 31, 2022 | 319,100 | $ | 47.29 |
| Granted | 211,800 | $ | 41.72 |
| Vested | — | $ | — |
| Forfeited | (236,300) | $ | 56.26 |
| Non-vested at December 31, 2023 | 294,600 | $ | 36.08 |
| Granted | 100,000 | $ | 1.69 |
| Vested | (20,450) | $ | 23.43 |
| Forfeited | (205,350) | $ | 33.55 |
| Non-vested at December 31, 2024 | 168,800 | $ | 20.32 |

*Equity Grant to Service Provider*

During the third quarter of 2023, the Company issued a total of 50,000 shares of restricted common stock to a service provider as consideration for services. These shares were issued in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act of 1933, as amended, as there was no general solicitation, and the transaction did not involve a public offering. The fair value of each restricted common stock granted was estimated based on the trading price of the Company's common stock on the date of grant. As of December 31, 2024, there was $0.2 million of unrecognized stock-based compensation expense related to non-vested restricted common stock that is expected to be recognized over a period of 0.8 years.

The Company recognized stock-based compensation in its consolidated statements of operations for the year ended December 31, 2024 and 2023, as follows:

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| (In thousands) | | 2024 | | 2023 |
| Stock options | $ | 1,756 | $ | 4,740 |
| PSUs | | (899) | | (1,860) |
| RSUs | | 2,508 | | 4,679 |
| Time vesting common stock | | 279 | | 72 |
| Stock-based compensation expense | $ | 3,644 | $ | 7,631 |
| | | | | |
| Selling, general and administrative | $ | 1,868 | $ | 5,370 |
| Research and development | | 1,776 | | 2,261 |
| Stock-based compensation expense | $ | 3,644 | $ | 7,631 |

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

On November 27, 2023, the Company's board of directors accepted the resignation and retirement of Scott Tarriff from his positions with the Company, effective immediately. In connection with Mr. Tarriff's resignation, Mr. Tarriff entered into a separation agreement (the "Tarriff Separation Agreement") with the Company. Under the Tarriff Separation Agreement, certain modifications were made to Mr. Tarriff's equity awards. These modifications included (i) vesting acceleration of time-vesting equity awards in full on December 31, 2024, subject to continued compliance and consulting service with the Company; (ii) an extended period of up to 24 months from the end of the consulting period to exercise stock options; and (iii) continued vesting during the consulting period of (a) each outstanding time-vesting equity award and (b) the performance-based restricted stock unit awards that were granted to Mr. Tarriff in 2021, to the extent the performance goals were achieved for the performance period that ended on February 1, 2024. The Company applied modification accounting under ASC 718 and recognized a net reduction of $1.7 million in compensation cost in connection with the equity awards modifications during the three months and for the year ended December 31, 2023. This was primarily driven by a Type III modification, which reflects a change in vesting probability of unvested awards from improbable to probable. The consulting arrangement with Mr. Tarriff terminated in February 2024.

On March 8, 2024, the Company's board of directors accepted the resignation of Brian Cahill from his position with the Company as Chief Financial Officer and appointed Steven Ratoff as Interim Chief Financial Officer, Principal Financial Officer and Principal Accounting Officer of the Company, each effective immediately. In connection with Mr. Cahill's resignation, Mr. Cahill entered into a separation agreement (the "Cahill Separation Agreement") with the Company. Under the Cahill Separation Agreement, certain modifications were made to Mr. Cahill's equity awards, subject to Mr. Cahill's continued compliance with the Cahill Separation Agreement. The modifications included: (i) Mr. Cahill's outstanding time-based equity awards remained outstanding and exercisable (as applicable) through the one-year anniversary of his employment separation date, but did not vest on their regular vest dates during such time; (ii) vesting acceleration of time-based equity awards that were scheduled to vest during the 12-month period following his employment separation date, with such acceleration occurring on the one-year anniversary of his employment separation date; (iii) an extended exercise period of six months following the one-year anniversary of his employment separation date for outstanding and vested stock options, subject to earlier termination under the terms of the 2014 Plan; and (iv) forfeiture of all outstanding performance-based equity awards as of his employment separation date. In the event of a Clawback Event (as described in the Cahill Separation Agreement), all vesting would have immediately ceased, and all then-outstanding equity awards would have been forfeited. The equity awards otherwise remain subject to the terms under which they were granted. The Company applied modification accounting under ASC 718 and recognized a net reduction of $0.7 million in compensation cost in connection with the equity awards modifications during 2024. This was primarily driven by a Type III modification, which reflects a change in vesting probability of unvested awards from improbable to probable. The consulting arrangement with Mr. Cahill terminated in October 2024.

*Stockholder Rights Agreement*

On October 30, 2024, the Company's board of directors declared a dividend of one preferred share purchase right to purchase one-thousandth of one share of the Company's newly designated preferred shares for each outstanding share of the Company's common stock to the stockholders of record as of the close of business on November 11, 2024, and adopted a limited duration stockholder rights plan (the "Rights Plan"), effective immediately, as set forth in the Rights Agreement, dated as of October 30, 2024, by and between the Company and Equiniti Trust Company, LLC, as rights agent (the "Rights Agreement"). In general terms, the Rights Agreement is designed to impose a penalty upon any person or group that acquires beneficial ownership of 10% (15% in the case of a passive institutional investor) or more of the outstanding shares of the Company's common stock without the approval of the board of directors. On December 2, 2024, the Company entered into Amendment No. 1 to the Rights Agreement to make certain technical amendments to the rights and obligations of the Company's board of directors to administer and make determinations with respect to the Rights Agreement and the rights issued thereunder. On March 21, 2025, the Company's board of directors approved entered into Amendment No. 1 to the Rights Agreement to increase the initial purchase price of each preferred share purchase right issued under the Rights Plan from $10.00 to $20.00, effective immediately. The Rights Plan otherwise remains unmodified and in full force and effect in accordance with its terms.