## 15. Income Taxes

The components of the Company's loss before income taxes included:

| (In thousands) | Year Ended December 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| United States | $ (15,062) | $ (37,703) |
| Foreign | (489) | (152,539) |
| Loss before income taxes | $ (15,551) | $ (190,242) |

The losses associated with equity in losses of equity method investment are included in Loss before income taxes.

The components of the Company's provision from income taxes was as follows:

| (In thousands) | Year Ended December 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Current: | | |
| Federal | $ 565 | $ 8,242 |
| State | 1,109 | 2,037 |
| Foreign | — | — |
| | $ 1,674 | $ 10,279 |
| Deferred: | | |
| Federal | $ (4,573) | $ (5,795) |
| State | 1,011 | (2,126) |
| Foreign | — | (3,811) |
| | $ (3,562) | $ (11,732) |
| Provision for income taxes | $ (1,888) | $ (1,453) |

The reconciliation of the statutory U.S. Federal income tax rate to the Company's effective income tax rate is as follows:

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| U.S. Federal statutory tax rate | 21.0 % | 21.0 % |
| State income taxes, net of federal benefit | (5.1)% | 0.6 % |
| Tax effect on stock option exercises, net of forfeitures | (8.0)% | (0.4)% |
| R&D tax credits and Orphan Drug credits | 9.9 % | 0.9 % |
| Limitation on executive compensation | 1.0 % | (0.5)% |
| Change in valuation allowance | 8.5 % | (18.6)% |
| Goodwill impairment | — % | (5.7)% |
| Uncertain tax positions | (5.2)% | (0.3)% |
| Foreign rate differential | (9.8)% | 3.3 % |
| Other | (0.2)% | 0.5 % |
| Effective tax rate | 12.1 % | 0.8 % |

The effective tax rate for the year ended December 31, 2024, reflects the impact of credits for research and development

activity offset by stock compensation forfeitures and shortfalls and changes in uncertain tax positions.

The effective tax rate for the year ended December 31, 2023, reflects the impact of the goodwill impairment charge which is non-deductible and the increase in the valuation allowance for deferred tax assets primarily related to the intangible asset impairment and foreign net operating losses partially offset by the jurisdictional mix of earnings.

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amount of assets and liabilities for financial reporting and the amounts used for income tax purposes. The significant components of the Company's deferred tax assets, shown before jurisdictional netting were as follows:

| | December 31, | |
| | 2024 | 2023 |
| --- | ---: | ---: |
| **(In thousands)** | | |
| Deferred tax assets | | |
| Tax loss carryforwards | $ 66,246 | $ 63,764 |
| Stock based compensation | 9,831 | 10,350 |
| Other asset - equity investment with readily determined fair value | 4,652 | 8,674 |
| Inventories | 4,693 | 4,796 |
| Employee-related expenses | 1,100 | 1,253 |
| Intangible assets | 6,734 | 5,718 |
| Right-of-use liability | 995 | 1,358 |
| R&D tax credit carryforwards | 599 | 467 |
| Capitalized R&D | 12,735 | 8,776 |
| Accrued legal | 3,865 | 6,376 |
| Other | 2,866 | 4,284 |
| Subtotal | 114,316 | 115,816 |
| Valuation Allowance | (70,888) | (72,437) |
| Total deferred tax assets | 43,428 | 43,379 |
| | | |
| Deferred tax liabilities | | |
| Installment sale - Malta | $ — | $ 511 |
| Prepaid expenses | 165 | 60 |
| Fixed assets | 21 | 164 |
| Right-of-use asset | 925 | 1,335 |
| Gross-to-Net | 1,072 | 3,085 |
| Inventory | — | 527 |
| Other | 239 | 261 |
| Total deferred tax liabilities | 2,422 | 5,943 |
| Net deferred tax assets | $ 41,006 | $ 37,436 |

As of December 31, 2024, the Company had U.S. federal net operating loss ("NOL") carryforwards of $2.4 million which had no expiration date and can be carried forward indefinitely until utilized. The US federal NOLs are subject to the 80% limitation on NOL utilization in taxable years beginning after December 31,2022 which was enacted as part of the Tax Cuts and Jobs Act of 2017 ("TCJA"). As of December 31, 2024, the Company had state NOL carryforwards of $1.1 million that begin to expire in 2038. In addition, the Company had research and development tax credit carryforwards of $0.6 million expiring between 2028 and 2044 and $2.1 million Internal Revenue Code Section 163(j) interest expense carryforwards with an indefinite life that are available to reduce future U.S. federal and/or state income taxes payable. As of December 31, 2024, the Company had foreign NOL carryforwards of $236.2 million which can be carried forward indefinitely until utilized.

EAGLE PHARMACEUTICALS, INC.
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

As of December 31, 2023, the Company had U.S. federal NOL carryforwards of $2.7 million which have no expiration date and can be carried forward indefinitely until utilized. The US federal NOLs are subject to the 80% limitation on NOL utilization in taxable years beginning after December 31, 2022 which was enacted as part of the TCJA. As of December 31, 2023, the Company had state NOL carryforwards of $1.1 million that begin to expire in 2038. These losses were acquired as part of the Acacia acquisition and are subject to a limitation under the Internal Revenue Code Section 382, subjecting the Company to an annual limitation on its ability to utilize its existing NOLs as of the ownership change date to offset future taxable income. As of December 31, 2023, the Company had foreign NOL carryforwards of $244.2 million which can be carried forward indefinitely until utilized.

The Company has capital loss carryforwards of $22.1 million and $5.0 million available to offset future capital gains that are subject to expiration in 2029 and 2017 as of December 31, 2024 and 2023, respectively.

The Company has concluded that it is not more likely than not that both its U.S. and foreign NOL and capital loss carryforwards can be utilized in the foreseeable future. Thus, the Company continues to maintain a valuation allowance against these tax attributes which decreased by $1.5 million and increased by $35.4 million for the year ended December 31, 2024 and December 31, 2023, respectively. The increase in valuation allowance in 2023 was primarily related to the intangible asset impairment loss and operational losses incurred by Acacia and its direct subsidiary APL.

The Company does not permanently reinvest the earnings of its foreign subsidiaries, however no deferred tax liability is recorded as the foreign subsidiaries have been in an accumulated deficit.

Tax positions are evaluated in a two-step process. First, the Company determines whether it is more-likely-than-not that a tax position will be sustained upon examination. Second, if a tax position meets the more-likely-than-not recognition` threshold, it is measured to determine the amount of benefit to recognize in the financial statements. The tax position is measured as the largest amount of benefit that is greater than 50% likely to be realized upon ultimate settlement.

There are many factors that are considered when evaluating tax positions including: interpretation of tax laws, recent tax litigation on a position, past audit or examination history, and subjective estimates and assumptions. As tax law is complex and often subject to varied interpretations, it is uncertain whether some the Company's tax positions will be sustained upon audit.

The Company's assessments are based on estimates and assumptions that have been deemed reasonable by management, but estimates of unrecognized tax benefits and potential tax benefits may not be representative of actual outcomes, and variation from such estimates could materially affect the Company's financial statements in the period of settlement or when the statutes of limitations expire, as the Company treats these events as discrete items in the period of resolution.

A reconciliation of the gross amounts of unrecognized tax benefits, excluding accrued interest and penalties, is as follows:

| | Year Ended December 31, | | | |
|---|---|---|---|---|
| (In thousands) | | 2024 | | 2023 |
| Balance January 1 | $ | 6,645 | $ | 6,531 |
| Additions for current year tax positions | | 118 | | 726 |
| Additions for prior year tax positions | | — | | — |
| Reductions for prior year tax positions | | (181) | | (612) |
| Reductions related to settlements with taxing authorities | | (249) | | — |
| Reductions due to lapse of the applicable statue of limitations | | — | | — |
| Balance December 31 | $ | 6,333 | $ | 6,645 |

Unrecognized tax benefits of $5.0 million, excluding accrued interest and penalties, at December 31, 2024 would affect the Company's effective tax rate in future periods, if recognized. The Company believes that it is reasonably possible that the total amount of unrecognized tax benefits as of December 31, 2024 could decrease by up to $1.6 million in the next twelve months as a result of settlements with taxing authorities or the expiration of the statute of limitations.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Company's accounting policy is to include accrued interest and penalties related to unrecognized tax benefits as part of the provision for income taxes. At December 31, 2024 and December 31, 2023, accrued interest and penalties of $2.2 million and $1.7 million, respectively, were included in unrecognized tax benefits. Interest, penalties, and reversals thereof, net of taxes, amounted to expense of $0.5 million in the year ended December 31, 2024 and an expense of $0.6 million in the year ended December 31, 2023.

The Company files income tax returns in the U.S. federal jurisdiction and several states. In 2024, the Internal Revenue Service ("IRS") concluded its examination of the Company's 2018 U.S. federal income tax return.  The examination resulted in a minimal impact to the Company's 2024 and 2023 effective tax rates. The Company is no longer under audit by the IRS.  In 2024, the New York State Department of Finance concluded its examination of the Company's New York income tax returns for periods 2017 through 2022. As a result, the Company agreed to a $1.6 million settlement.  The Company paid $0.3 million of the liability in 2024. As of December 31, 2024, the Company is under audit in California for tax years 2016, 2017 and 2020. The California state tax examination is in progress with no proposed adjustments as of December 31, 2024 and the Company expects resolution in 2025. The federal statute of limitations remains open for tax years 2021 onward. In addition, the Company's state income tax returns are open for examination for tax years 2020 onward.

Acacia Pharma Inc. has not been historically audited by the IRS. Acacia Pharma Group and Acacia APL has not been historically audited by His Majesty's Revenue and Customs in the United Kingdom. For Acacia Pharma Inc., the federal statute of limitations remains open for tax years 2015 onward. The statute of limitations remains open for five states, with 2018 being the earliest open year. For Acacia APL, the 2021 tax year remains open until the end of 2023 and the 2022 and 2023 tax years will remained open until the end of the third quarter of 2026.

## 16. License and Collaboration Agreements

**License Agreements**

*License Agreement with Combioxin*

In August 2021, the Company entered into a license agreement with Combioxin, SA under which the Company was granted exclusive, worldwide development and commercialization rights to CAL02, a novel first-in-class anti-toxin agent currently in Phase 2 development for the treatment of severe pneumonia in combination with traditional antibacterial drugs. Pursuant to the license agreement with Combioxin, SA, the Company is solely responsible for the development, regulatory, manufacturing and commercialization activities of CAL02. Combioxin  assisted the Company in transitioning the manufacturing and supply of CAL02 to the Company.

Under the terms of the license agreement with Combioxin, SA, the Company paid $10.0 million as upfront license consideration that was expensed immediately as research and development. The Company may pay to Combioxin up to $105.0 million upon achievement of certain development, regulatory and sales-based milestone payments plus royalty payments at royalty rates ranging in low double digit percentages on the net sales of all products sold pursuant to the agreement, subject to certain adjustments as provided in the agreement. The Company is also obligated to make certain payments based upon amounts received by sublicensees under the agreement.

*Terminated License Agreement with AOP*

In 2021, the Company entered into a licensing agreement with AOP Orphan Pharmaceuticals GmbH ("AOP Orphan"), a privately owned Austrian company devoted to the treatment of rare and special diseases, for the commercial rights to its product, landiolol in the United States, including an exclusive royalty-bearing license under certain patent rights and know-how to develop, commercialize and otherwise exploit any pharmaceutical product that contains landiolol. Landiolol, a leading hospital emergency use product, is currently approved in Europe for the treatment of non-compensatory sinus tachycardia and tachycardic supraventricular arrhythmias. The Company supported the submission of a new drug application ("NDA") in the second quarter of 2022 by AOP Orphan to the FDA seeking approval for landiolol for the short-term reduction of ventricular rate in patients with supraventricular tachycardia ("SVT"), including atrial fibrillation and atrial flutter.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Under the terms of the licensing agreement with AOP Orphan, the Company made a $5.0 million upfront payment as consideration that was expensed immediately as research and development. The licensing agreement provided for potential additional payments up to $25.0 million upon regulatory approval(s) and based upon commercial sales. The Company also entered into a supply agreement at the same time as the licensing agreement.

On June 6, 2023, the Company delivered notice of termination to AOP Orphan with respect to the licensing agreement, following AOP Orphan's receipt of a complete response letter from the FDA whereby the FDA refused to approve the NDA for landiolol. On September 11, 2023, the Company and AOP Orphan entered into a mutual separation agreement to memorialize the termination of the licensing agreement and supply agreement between the Company and AOP Orphan, following the Company's previously disclosed termination. As a result, the Company's license to landiolol reverted to AOP Orphan and the Company has no further obligation to assist with regulatory approval efforts of landiolol. The separation agreement provides that AOP Orphan is obligated to pay the Company specified milestone payments upon the achievement by AOP Orphan of specified regulatory and sales milestones of landiolol. The separation agreement does not require AOP Orphan to continue development of landiolol.

*License Agreement with Paion*

In connection with the Acacia acquisition, the Company assumed Acacia's license agreement with Paion UK Ltd as well as a separate agreement with Paion Deutschland GmbH for the supply of remimazolam besylate, the active pharmaceutical ingredient ("API") in BYFAVO. In January 2023, Paion Deutschland GmbH assigned its rights, title, and interest in the supply agreement to Paion Netherlands B.V. (Paion UK Ltd., Paion Deutschland GmbH, and Netherlands B.V., collectively, "Paion").

Pursuant to the terms of the license agreement with Paion, the Company received the exclusive right to develop, commercialize and manufacture BYFAVO in the United States, with restrictions and options relating to seeking certain new indications. The Company pays Paion royalties in the lower double digits based on the Company's net sales of BYFAVO. The royalty rate decreases after the expiration of the last-to-expire patent (in or around 2037). The royalty rate is capped if total royalties payable to Paion and the Company's cost to acquire the inventory exceeds a specified percentage of its net sales. The Company's obligation to pay royalties ceases upon expiration of Market Exclusivity (as defined in the agreement to mean the period during which no generic version of BYFAVO is available for sale).

In June 2024, the Company received a notice from the licensor of BYFAVO purporting to terminate the Company's license agreement effective August 19, 2024, due to its belief that the Company's reduced sales team following implementation of the Realignment Plan would not be able to meet the Company's commercialization obligations with respect to BYFAVO under the license agreement. The Company believes it remains in compliance with the license agreement and has initiated the dispute resolution process which, pursuant to the terms of the license agreement, prevents termination pending a final determination of breach by an arbitration panel and subsequent failure to cure. However, the Company cannot ensure that its efforts to maintain the license agreement will be successful or that the Company will not lose its rights to BYFAVO after the conclusion of the dispute resolution process or otherwise.

*Collaboration with Syros*

In 2020, the Company entered into a strategic collaboration agreement with Tyme Technologies, Inc. ("Tyme") to advance SM-88, an oral product candidate for the treatment of patients with cancer. SM-88 is an investigational agent in two Phase II studies, one for pancreatic cancer and another for prostate cancer. Pursuant to the strategic collaboration agreement with Tyme, the Company acquired 10,000,000 shares of restricted Tyme common stock (the "Tyme Shares"). Following the acquisition of Tyme by Syros on September 16, 2022, the Company received 438,200 restricted shares of Syros common stock in exchange for its Tyme Shares. The Company held less than 2% of the outstanding equity of Syros.

Under the terms of a related co-promotion agreement, Syros was responsible for clinical development, regulatory approval, commercial strategy, marketing, reimbursement and manufacturing of SM-88. If SM-88 was approved, the Company would be responsible for 25% of the promotional sales effort of SM-88 and would receive 15% royalty on the net revenues of SM-88 in the United States. Syros retains the remaining 85% of net U.S. revenues and reserves the right to repurchase the Company's U.S. co-promotion right for $200.0 million.

**EAGLE PHARMACEUTICALS, INC.**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The Company's equity investment in Syros of $3.4 million is included in other assets on the consolidated balance sheet as of December 31, 2023. For the year ended December 31, 2023, the fair value adjustment to remeasure the equity investment was a gain of $1.8 million recorded in Other (expense) income in the consolidated statements of operations.

In the first quarter of 2024, the Company remeasured its investment in Syros to fair value and recognized an adjustment of $0.5 million, which was recorded to Other (expense) income in the Company's consolidated statements of operations and sold the investment for proceeds of $2.9 million.

## 17. Related Parties

The Company executed a promissory note with an employee ("Borrower") in May 2018 for $0.6 million. The promissory note was amended and restated effective in May 2019, and as further amended and restated effective in November 2020 and May 2022 (as so amended, the "Promissory Note"). The Borrower made two payments of $0.1 million in 2020 and 2021. Under the terms of the Promissory Note, the Borrower promised to repay the Company a principal payment of $0.4 million together with all accrued and unpaid interest. The maturity date of the Promissory Note was the earliest of the following: (i) January 15, 2025, (ii) ninety days after the earlier of the resignation by Borrower of his employment with the Company or the termination of the Borrower's employment for any or no reason whatsoever, or (iii) any event of default as described in the Promissory Note. As of December 31, 2024 and December 31, 2023, the outstanding balance, including interest, of the Promissory Note was $0.4 million, which was recorded in Other Assets on the Company's consolidated balance sheets. In April 2025, the Borrower repaid $0.2 million of the principal amount outstanding under the Promissory Note. The Borrower has agreed to repay half the remaining balance in the first quarter of 2026 and the remaining balance in the first quarter of 2027.

## 18. Commitments

As of December 31, 2024, the Company had purchase commitments totaling $46.4 million that are legally binding and enforceable. These commitments include purchase obligations for goods and services.

In 2023, in conjunction with the goodwill and intangible asset impairment assessment, the Company recorded a $3.1 million expense related to a firm purchase order that was determined to not have sufficient demand to be utilized.

## 19. Investment in Enalare Therapeutics Inc.

Please refer to Note 3, "Restatement of Previously Issued Consolidated Financial Statements" for details on the impact of a restatement of previously issued consolidated financial statements related to the Company's accounting for its investment in Enalare.

On August 8, 2022, the Company and Enalare entered into a SPA pursuant to which the Company acquired 12,451 shares of Enalare common stock, par value $0.0001 per share (the "Enalare Common Stock") for $12.5 million representing 9% equity interest in Enalare (the "Initial Investment"). Pursuant the terms of the SPA, in February 2023 the Company acquired an additional 12,451 shares of Enalare Common Stock for $12.5 million (the "Secondary Investment"). Under the SPA, the Company also agreed to make two incremental investments of up to a total of $30 million in exchange for additional equity interests, upon Enalare's achievement of certain milestone events (the "Forwards") relating to achieving various stages of development of Enalare's only substantially developed product, ENA-001. The number of shares issued upon exercise of the Forwards will be based on fixed dollar values that are intended to represent estimated equity value of Enalare at the time of the milestone events are achieved. The milestone events relate to the progression of clinical trials for ENA-001. Both of the Forwards cease to exist if the milestone events have not occurred by June 30, 2027. As of December 31, 2024, the milestone events have not yet occurred, and the Forwards remain outstanding.

Concurrently with the execution of the SPA in August 2022, the Company entered into a Security Purchase Option Agreement ("Option Agreement") with Enalare which gives the Company an option (but not the obligation) to acquire, in whole, all of the outstanding shares of Enalare other than those already owned by the Company (the "Call Option"). If exercised, the total consideration payable by the Company will be the greater of (i) $100 million or (ii) a fair market valuation at the time of exercise, subject to a $175 million cap, both of which would be subject to customary adjustments. The Call Option is

exercisable by Company at any time until the earlier of (i) 90 days following Enalare's receipt of a communication from the FDA that can be reasonably interpreted as not precluding Enalare to proceed to Phase 3 clinical study for a product candidate as specified in the SPA or (ii) June 30, 2027. As of December 31, 2024, the Call Option has not been exercised.

The Company allocated the initial $12.5 million consideration paid to the units of account based on their relative fair values. Following the Secondary Investment, the Company held, and continues to hold, a 17% equity interest in Enalare.

The Company determined that Enalare is a variable interest entity ("VIE") and that the Company holds a variable interest in Enalare through its equity interests and the Forwards, and the Call Option. However, the Company is not the VIE's primary beneficiary because it lacks the power to direct the activities that significantly impact the economic performance of the entity. Specifically, the Company's equity interests, its rights to participate in an advisory committee for Enalare's Joint Development Committee over Enalare's largest project and appoint a nonvoting observer seat on Enalare's board of directors, and its Call Option do not give the Company a controlling financial interest in Enalare and therefore, the Company does not consolidate Enalare.

*Investments in Common Stock of Enalare*

Despite not having a controlling financial interest in Enalare, the Company does have the ability to exercise significant influence over Enalare's operational and financial policies through its equity interest in Enalare and its noncontrolling representation on Enalare's Joint Development Committee and board observer seat. Accordingly, the Company accounts for its investment in the Enalare Common Stock under the equity method of accounting in accordance with ASC 323, Investments – Equity Method and Joint Ventures.

At the time of each of the Initial Investment and Secondary Investment, basis differences were identified as the carrying value of the Company's investment in Enalare exceeded the Company's proportionate share of the underlying net assets in Enalare. The Company concluded that the basis difference was primarily attributable to Enalare's IPR&D assets, which do not have an alternative future use. Further, it was determined that Enalare did not meet the definition of a business due to substantially all of the estimated fair value of its gross assets being concentrated in the group of similar IPR&D assets. Therefore, the basis difference attributable to the IPR&D was immediately expensed as of the dates of the Initial and Secondary Investments, respectively, as a reduction to the equity method investment carrying amount , and within Equity in losses of equity method investment as shown in the table below.

As of December 31, 2024 and 2023, the Company's investment in Enalare had been reduced to zero through recognition of the Company's share of Enalare's cumulative losses and the expense recognized for the basis difference related to Enalare's IPR&D.  Once the equity method investment was reduced to zero, the Company recognized its share of Enalare's losses as a reduction of the Call Option carrying amount.

As of December 31, 2024 and 2023, the carrying amount of the Company's equity method investment in Enalare was zero. The Company's maximum exposure to loss as a result of its involvement with Enalare is estimated to be $35.2 million and $35.6 million as of December 31, 2024 and 2023, respectively, which exceeds the carrying amount of the investment. This maximum exposure includes:

- The Initial Investment, which have a carrying amount of zero after recognizing the Company's share of losses and expense recognized for the basis difference related to the IPR&D

- Contractual commitments to fund up to $30 million in additional equity investments contingent on the achievement of defined clinical development milestones (the Forwards), of which $0.4 million has been realized as of December 31, 2024 and December 31, 2023; and

- The carrying value of the Call Option, which is $5.6 million as of December 31, 2024 and $6.0 million as of December 31, 2023

F- 45

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)

The Company continues to monitor the performance and financial condition of Enalare and reassesses the need for consolidation if circumstances change. As of the issuance of these financial statements, the Company has not provided financial support to Enalare other than amounts committed or contractually obligated under executed agreements.

Activity recorded for the Company's equity method investment in Enalare is summarized in the following table:

| (In thousands) | Carrying Amount |
|---|---|
| Equity investment carrying amount at December 31, 2022 (Restated) | $ — |
| February 8, 2023, Secondary Investment in Enalare | 8,828 |
| IPR&D basis difference expense | (8,577) |
| Share of Enalare's losses recognized | (251) |
| Equity investment carrying amount at December 31, 2023 | $ — |
| Share of Enalare's losses recognized | — |
| Equity investment carrying amount at December 31, 2024 | $ — |

### *Forwards and Call Option in Enalare*

The Company's investments in the Forwards and the Call Option do not meet the definition of a derivative and are accounted for in accordance with ASC 321, Investments — Equity Securities. The Company recorded a liability for the Forwards at their relative fair value of $0.4 million and the Call Option at its relative fair value of $7.0 million. Given these instruments lack a readily determinable fair value, the Company has elected to apply the measurement alternative allowed under ASC 321. Accordingly, the Forwards and Call Option are recorded at cost, less impairment and are subsequently measured if an observable transaction that provides a fair value of the instruments is observed. Any adjustments to the value of the instruments at such time will be recorded in net income. In addition, to the extent that the Company's share of equity method losses from Enalare is in excess of the carrying amount of the equity method investment, the Company records such amounts as a reduction to the carrying amount of the Call Option. Such losses were $0.4 million and $0.5 million for the year ended December 31, 2024 and 2023, which were recognized in Equity in losses of equity method investment within the Company's consolidated statements of operations. As of December 31, 2024 and 2023, the Company has not identified or recognized any impairment loss on the Forwards or Call Option. The value of the Call Option as of December 31, 2024 and 2023 was $5.6 million and $6.0 million, respectively, after the reduction for the excess equity method losses, recorded under other assets on the company's consolidated balance sheets.

## 20. Legal Proceedings

In addition to the below legal proceedings, from time to time, the Company is party to litigation or other proceedings and subject to claims incident to the ordinary course of business. Unless otherwise noted below, the Company is not presently a party to any litigation the outcome of which, the Company believes, if determined adversely to the Company, would individually, or taken together, have a material adverse effect on its business, operating results, cash flows, or financial condition. The Company may receive unfavorable preliminary or interim rulings in the course of litigation, and there can be no assurances that favorable final outcomes will be obtained. Regardless of the outcome, litigation can have an adverse impact on the Company because of defense and settlement costs, diversion of management resources and other factors. With respect to the specific legal proceedings and claims described below, unless otherwise noted, the amount or range of possible losses is not reasonably estimable. Any adverse outcome in these matters could expose the Company to substantial damages or penalties that may have a material adverse impact on the Company's operations and cash flows.

### Patent Litigation

*Teva Pharmaceuticals Int'l GmbH et al v. BendaRX Corp. - (BENDEKA)*

The Company, Cephalon, LLC, and/or Teva Pharmaceuticals International GMBH (together, "Patentees") filed two suits against BendaRX Corp. ("BendaRX") on May 4, 2023 and June 9, 2023 in the District of Delaware (together, the "BendaRX Delaware Actions"). Patentees have asserted that BendaRX's submission of NDA No. 215291 to FDA for the approval of a

bendamustine generic infringes claims of U.S. Patent Nos. 8,436,190, 8,445,524, 8,609,863, 8,669,279, 8,791,270, 8,883,836, 8,895,756, 9,533,955, 9,572,887, 8,076,366, and 8,461,350. The Patentees seek, *inter alia*, an injunction enjoining BendaRX from marketing its product, if approved, before the expiration of the asserted patents.

Patentees also filed suit against BendaRX USA Corp. ("BendaRX USA") in the Eastern District of Virginia on the same grounds as the BendaRX Delaware Actions on June 16, 2023 (the "BendaRX Virginia Action").

On June 23, 2023, BendaRX filed a motion to dismiss the BendaRX Delaware Actions, seeking a dismissal on all patents for lack of jurisdiction.  Following briefing, on February 7, 2024 in the District of Delaware actions, the parties stipulated to the substitution of BendaRX USA for BendaRX.  The parties further stipulated that BendaRX would be bound by the judgment of the court in the actions and that BendaRX's motion to dismiss be denied as moot.  The court entered the stipulation on February 9, 2024.  On March 26, 2024, Patentees moved to transfer the BendaRX Virginia Action to the District of Delaware, which was granted on March 27, 2024. The case was subsequently consolidated with the District of Delaware lawsuits on April 15, 2024.

On February 25, 2025, the parties stipulated to stay the case and vacate all case deadlines pending the submission of BendaRX's complete response to a Complete Response Letter it received from the FDA regarding its NDA.  The Court ordered the stay on March 4, 2025.  The parties are to meet and confer and file a joint letter addressing whether the stay should be lifted within five days of BendaRX submitting its complete response to the FDA.

*Eagle Pharmaceuticals, Inc. v. Slayback Pharma Limited Liability Company, Apotex, Inc. and Apotex Corp.,*

*Celerity Pharmaceuticals, LLC, and Baxter Healthcare Corp. - (BELRAPZO)*

The Company filed suit against Slayback Pharma LLC ("Slayback") in the United States District Court for the District of Delaware on August 31, 2021 alleging infringement of U.S. Patent No. 11,103,483 seeking, inter alia, injunctions enjoining Slayback from marketing their infringing bendamustine products. On the same day, the Company filed suit against Apotex Inc. and Apotex Corp. ("Apotex") in the same court alleging infringement on the same patent and seeking the same remedies.  On January 11, 2022, the Company filed suit against Celerity Pharmaceuticals LLC ("Celerity") in the same court alleging infringement of the same patent and seeking the same remedies.

On September 29, 2022, trial was held in the suit against Slayback and Apotex, and on October 25, 2022, the Court entered a judgment of non-infringement with respect to Slayback and Apotex. In light of the Slayback and Apotex decisions, the Company stipulated that Celerity did not infringe the asserted patent on October 28, 2022, but preserved its right to appeal the Slayback and Apotex decisions.

The Company filed a notice of appeal of the Slayback and Apotex decisions on October 26, 2022.  Following briefing by the parties, the United States Court of Appeals affirmed the judgment of the lower court on January 16, 2023.

The Company filed new suits in the United States District Court for the District of Delaware on January 17, 2024 against Slayback, Apotex and Baxter Healthcare Corp. ("Baxter"), who now owns the NDA formerly owned by Celerity referencing the Company's BELRAPZO.  The Company alleges infringement of U.S. Patent Nos. 11,844,783 and 11,872,214 and seeks, inter alia, damages for lost profits and/or a reasonable royalty and injunctions enjoining Slayback, Apotex and Baxter from selling their infringing bendamustine products.

On April 9, 2024, Apotex filed a Motion for Judgment on the Pleadings seeking a judgment of non-infringement for all asserted claims. Following briefing, the Court *sua sponte* dismissed Apotex's Motion as moot following the Company's filing of an Amended Complaint on April 26, 2024.

The Court issued a Scheduling Order on June 10, 2024 coordinating the cases against Slayback, Apotex and Baxter.  The Court held a consolidated claim construction hearing on January 30, 2025 and issued a claim construction Order on January 31, 2025. Fact discovery closes August 1, 2025 and expert Discovery closes December 12, 2025.  Separate five-day jury trials are scheduled for each matter with Apotex beginning December 14, 2026, Slayback beginning May 17, 2027, and Baxter beginning September 13, 2027.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

On January 17, 2025, the Company filed additional complaints against Slayback, Apotex and Baxter to add newly issued U.S. Patent No. 12,138,248 to the litigation. The Court held a consolidated claim construction hearing on January 30, 2025, and issued a claim construction Order on January 31, 2025.

*Eagle Pharmaceuticals, Inc. v. Accord Healthcare Inc., Accord Healthcare Ltd., and Intas Pharmaceuticals Ltd. -(BELRAPZO)*

The Company filed a suit against Accord Healthcare Inc., Accord Healthcare Ltd., and Intas Pharmaceuticals Ltd ("Accord") in the United States District Court in the Eastern District of North Carolina on February 16, 2024 asserting that Accord's submission of NDA No. 216987 to FDA for the approval of a bendamustine generic infringes claims of U.S. Patent Nos. 11,844,783 and 11,872,214. On November 20, 2024, the parties informed the Court that they had reached a settlement agreement and stipulated to the dismissal of the litigation.

*Eagle Pharmaceuticals, Inc. v. Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, LLC* (collectively, "DRL") – *(BELRAPZO)*

The Company filed suit against DRL in the United States District Court for the District of New Jersey on February 2, 2024 asserting that DRL's submission of NDA No. 219014 to FDA for the approval of a bendamustine generic infringes claims of U.S. Patent Nos. 11,844,783 and 11,872,214. The Court entered a Scheduling Order on November 8, 2024. Briefing on claim construction was be completed on June 3, 2025. No date is set for a claim construction hearing and no trial date is set.

*Eagle Pharmaceuticals, Inc. & SymBio Pharmaceuticals Ltd. v. Towa Pharmaceutical Co., Ltd.; Eagle Pharmaceuticals, Inc. & SymBio Pharmaceuticals Ltd. v. Pfizer Japan Inc. - (TREAKISYM)*

The Company, together with its exclusive licensee SymBio Pharmaceuticals Ltd. ("SymBio"), initiated lawsuits in the Tokyo District Court against Towa Pharmaceutical Co., Ltd. ("Towa") on December 16, 2022 and against Pfizer Japan Inc. ("Pfizer Japan") on December 26, 2022 asserting that their generic bendamustine products infringe the Company's Japanese Patent No. 6570601 for TREAKISYM injection solution 100 mg/4mL (bendamustine hydrochloride hydrate). In their complaint, the Company and SymBio sought remedies that include an injunction against the manufacture or sale of Towa and Pfizer Japan's generic products and compensation for damages.

On September 30, 2024, the Company and Towa reached a settlement agreement and the Court closed the proceedings.

In the Pfizer Japan infringement action, a first hearing occurred before the Tokyo District Court on April 25, 2023, in which the Court determined a timetable for the case. The parties gave a technical presentation before the judges on December 13, 2023, and the court confidentially provided its view on infringement and validity on January 15, 2024. The court held conferences to discuss settlement with the parties on March 26, 2024, May 13, 2024, July 1, 2024 and September 9, 2024. On November 6, 2024, the Company waived its claims against Pfizer Japan, and the Court closed the proceedings.

*Acacia Pharma Ltd., et al. v. Galenicum Health S.L.U. – (BYFAVO)*

The Company filed suit against Galenicum Health S.L.U. on January 3, 2025 in the U.S. District Court for the District of Delaware asserting that Galenicum's submission of its ANDA No. 219794 infringed U.S. Patent Nos. 9,561,236 and 9,827,251. Galenicum filed its Answer to the Complaint on June 25, 2025.

**Other Matters**

In Re: Taxotere (Docetaxel)

Beginning in May 2022, the Company was named as a defendant, among various other manufacturers, in several product liability suits that are consolidated in the United States District Court for the Eastern District of Louisiana as part of a multi-district litigation 3023 (Civil Action No 22-1347 H(5)). The claims are for personal injuries allegedly arising out of the use of docetaxel. As of June 30, 2025, discovery in the suits against the Company has been stayed while other suits chosen as bellwethers proceed. On December 5, 2022, the Court granted defendants' motions to dismiss plaintiffs' fraudulent misrepresentation and fraudulent concealment claims, but allowed plaintiffs' claims for products liability, negligence and

negligent misrepresentation to move forward. Document discovery was completed on February 15, 2024. On March 28, 2024, the Court entered an order identifying bellwether cases which did not include a case naming Eagle as a defendant. All non-bellwether actions, including those in which Eagle has been named as a defendant, have been stayed while the bellwether cases proceed through litigation and to trial. The Company intends to defend the suits vigorously. The Company cannot predict with any degree of certainty the outcome of the suits or determine the extent of any potential liability or damages, nor can it provide an estimate of the possible loss or range of loss. Because the Company maintains insurance that covers exposure related to products liability matters, the Company does not believe this matter should have a material adverse impact on the Company's operations and cash flows.

*Curia's Claims in Arbitration and Litigation*

On January 23, 2023, Curia Global, Inc. ("Curia") filed a demand for arbitration against the Company with the American Arbitration Association (the "Arbitration"). Curia made claims for breach of contract, account stated and breach of the implied covenant of good faith and fair dealing arising from the parties' supply agreement relating to the vasopressin (now discontinued) product. Curia originally sought damages in excess of $76.7 million and later increased the amount of damages sought to more than $90.0 million. On March 10, 2023, the Company responded to the demand denying the allegations and asserting counterclaims for breach of contract, unjust enrichment, breach of the implied covenant of good faith and fair dealing, and a declaration that the supply agreement for the vasopressin product is terminated. On February 28, 2023, Curia and its subsidiary Curia New Mexico, LLC filed an action against the Company in New York State Court, making claims for breach of contract and account stated arising from the parties' supply agreement relating to the PEMFEXY product (the "NY Action") in which Curia sought damages in excess of $4.2 million. On April 21, 2023, the Company filed a motion to dismiss certain claims in the NY Action. On September 28, 2023, the New York State Court denied the motion to dismiss in part and granted it in part. On October 3, 2023, the Company appealed the portion of the decision denying its motion to dismiss.

On July 3, 2024, the Company and Curia entered into a Settlement Agreement and Release ("Settlement Agreement") relating to the settlement of all their claims and counterclaims in the Arbitration and the NY Action and other claims and disputes relating to these proceedings. Pursuant to the Settlement Agreement, the Company agreed to pay Curia $26.5 million in accordance with the following payment schedule: $10.0 million on July 5, 2024, $10.0 million on or before February 17, 2025, and $6.5 million on or before July 7, 2025 (the "Original Payment Schedule").

The Company recognized the $26.5 million litigation settlement in the consolidated statement of operations and $10 million were recognized in accrued expenses and $16.5m was recognized in other liabilities and other long-term liabilities in the consolidated balance sheet for the year ended December 31, 2023.

On July 5, 2024, the Company paid Curia $10.0 million in accordance with the Original Payment Schedule.

During the first quarter of 2025, the Company and Curia agreed upon a revised payment schedule as follows: $5.0 million on February 18, 2025, $3.0 million on April 2, 2025, $2.0 million on June 30, 2025, and $6.5 million on July 7, 2025 (the "Revised Payment Schedule") and made the final interest payment on July 11, 2025.

The Company made all payments in accordance with the Revised Payment Schedule.

Pursuant to the Settlement Agreement, an event of default occurs upon a failure by the Company to pay when due any of the settlement payments described above, and specified bankruptcy and insolvency events with respect to the Company.

*SEC Subpoena*

In October 2023, the Company received a subpoena from the SEC's Division of Enforcement, requesting that the Company produce certain documents and information. On March 25, 2024 and November 19, 2024, the Company received supplemental subpoenas from the SEC, requesting additional documents and information. The Company has cooperated with the SEC's investigation, and intends to continue to do so.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Miller v. Eagle Pharmaceuticals, Inc. et al*

In December 2023, the Company, its former Chief Executive Officer, and its former Chief Financial Officer were named as defendants in a putative class action filed in the United States District Court for the District of New Jersey. Plaintiffs allege that the Company and the individual defendants violated the federal securities laws by failing to disclose material adverse facts about the Company's business, operations and prospects relating to its product PEMFEXY® between August 8, 2023, and November 28, 2023. Lead counsel and a lead plaintiff were appointed on August 19, 2024. On April 29, 2025, the parties participated in a confidential mediation. No settlement was reached, though informal discussions have continued. On July 11, 2025, plaintiffs filed an amended complaint. The Company believes it has meritorious defenses to the claims and intends to defend the suit vigorously. The estimated loss contingency recorded on the Company's balance sheet, within other long-term liabilities as of December 31, 2023 and within Accrued expenses and other liabilities as of December 31, 2024, for this matter is $2.2 million. The same amount was recorded for expected insurance recoveries. While it is not feasible to predict the outcome of this litigation with certainty, the Company believes it should not have a material adverse impact on the Company's operations and cash flows.

## 21. Restructuring of Operations

On February 28, 2024, the Company approved and began implementing a plan designed to improve operational efficiencies and realign the Company's sales and marketing expenditures (the "Realignment Plan").

The Realignment Plan reduced the Company's then current workforce by approximately 37%. Substantially all affected employees were dedicated to or primarily supported the commercialization of BYFAVO, BARHEMSYS and RYANODEX. The Company is utilizing a reduced team dedicated to these products in addition to resources from the Company's oncology sales team to continue the commercialization of BYFAVO, BARHEMSYS and RYANODEX. Affected employees received separation benefits, including severance payments and healthcare coverage assistance.

For the year ended December 31, 2024 the Company incurred $2.4 million in cash charges in connection with the Realignment Plan, consisting of cash-based expenses related to employee severance payments and healthcare coverage assistance and related costs and was completed by the fourth quarter of 2024.

Restructuring-related costs are presented in the line item "Restructuring charge" within the Company's consolidated statements of operations.

## 22. Segment Information

The Company operates as a single reportable segment focused on taking a molecule from preclinical research through regulatory approval and into the marketplace, including development, manufacturing and commercialization. The Company sells BENDEKA and TREAKISYM (Japan market) to its Commercial Partners and sells PEMFEXY, RYANODEX, BELRAPZO, BARHEMSYS, BYFAVO and vasopressin (discontinued during the three months ended March 31, 2023) primarily to wholesalers and distributors, with a limited amount of sales to Healthcare Providers. The Company derives its revenues from Customers and Teva, a Commercial Partner, in the United States. TREAKISYM is sold to the Japan market through the Company's Commercial Partner. TREAKISYM generated total product and royalty income of $3.0 million and $6.1 million for the twelve months ending December 31, 2024 and 2023, respectively.

The Company's determination that it operates as a single segment is consistent with the nature of its operations and the financial information regularly reviewed by the Chief Executive Officer ("CEO") (for the period until November 29, 2023) or the Interim Principal Executive Officer ("Interim PEO") (for the period after November 29, 2023), in their capacities as the chief operating decision maker (CODM), for the purposes of evaluating performance, allocating resources, setting incentive compensation targets, and planning and forecasting for future periods. For those purposes, the CODM uses consolidated net income or loss as reported on the consolidated statements of operations, the primary measure of the Company's single segment's profit or loss. The measure of segment assets is reported on the balance sheet as total consolidated assets.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

The following table represents the significant segment expenses regularly provided to the CODM, other than the expenses reported on the consolidated statements of operation:

| (In thousands) | Year ended December 31, | |
| --- | --- | --- |
| | **2024** | **2023** |
| Sales and marketing | $ 27,131 | $ 43,499 |
| General and administrative | 71,486 | 68,366 |
| Total Selling, general and administrative | $ 98,617 | $ 111,865 |

## 23. Loss Per Share

Basic earnings per common share is computed using the weighted average number of shares outstanding during the period. Diluted earnings per share is computed in a manner similar to the basic earnings per share, except that the weighted-average number of shares outstanding is increased to include all common stock, including those with the potential to be issued upon exercise of options and the vesting and settlement of other stock-based awards. Diluted earnings per share contemplate a complete conversion to common stock of all common stock equivalents only if they are dilutive in nature with regards to earnings per share, as calculated under the treasury stock method.

The anti-dilutive common stock equivalents outstanding at December 31, 2024, and 2023 were as follows:

| | Year Ended December 31, | |
| --- | --- | --- |
| | **2024** | **2023** |
| Options | 2,497,913 | 2,284,238 |
| Restricted stock units | 134,809 | 266,112 |
| Performance stock units | — | 7,500 |
| Time vesting restricted stock | 36,000 | — |
| Total | 2,668,722 | 2,557,850 |

The following table sets forth the computation for basic and diluted net income (loss) per share for December 31, 2024, and 2023:

| (In thousands, except share and per share amounts) | Year Ended December 31, | |
| --- | --- | --- |
| | **2024** | **2023** |
| **Numerator** | | |
| Numerator for basic and diluted earnings per share-net (loss) income | $ (13,663) | $ (188,789) |
| **Denominator** | | |
| Basic weighted average common stock outstanding | 12,958,633 | 12,999,046 |
| Dilutive effect of stock options | — | — |
| Diluted weighted average common stock outstanding | 12,958,633 | 12,999,046 |
| **Basic net (loss) income per share** | | |
| Basic net (loss) income per share | $ (1.05) | $ (14.52) |
| **Diluted net (loss) income per share** | | |
| Diluted net (loss) income per share | $ (1.05) | $ (14.52) |

All potentially dilutive items were excluded from the diluted share calculation for the years ended December 31, 2024 and 2023 because their effect would have been anti-dilutive, as the Company was in a loss position.

F- 51

## 24. Subsequent Events

*Blue Owl Transaction*

On March 31, 2025, the Company entered into a royalty purchase agreement (the "Blue Owl Agreement") with an entity affiliated with Blue Owl Capital Inc. ("Blue Owl"), pursuant to which the Company sold a royalty interest related to U.S. net sales of BENDEKA, which is marketed by the Company's commercial partner Cephalon, Inc., a subsidiary of Teva Pharmaceutical Industries Ltd. Under the terms of the Blue Owl Agreement, the Company received an upfront payment of $69.0 million before transaction costs of $4.2 million, in exchange for (i) the first $11.1 million of the Company's royalty interest for net sales of BENDEKA for the quarter ending December 31, 2024, and (ii) 100% of the Company's royalty interest thereafter, up to an aggregate cap of up to 1.3 times the purchase price, depending on when the royalty cap is achieved. After the cap is achieved, all future royalty payments from net sales of BENDEKA will revert back to the Company.

*Repayment of Third Amended and Restated Credit Agreement*

During the first quarter of 2025, the Company repaid $5.0 million of the amount outstanding under the term loan under the Credit Agreement. On March 31, 2025 the net proceeds from the Blue Owl Agreement were used to repay, in full, all amounts outstanding under the Credit Agreement. In connection with the repayment, the Credit Agreement was terminated and may no longer be utilized for borrowings.

*Stockholder Rights Agreement*

On March 21, 2025, the Board of Directors approved a second amendment to Rights Plan to increase the initial purchase price of each preferred share purchase right issued under the Rights Plan from $10.00 to $20.00, effective immediately. The Rights Plan otherwise remains unmodified and in full force and effect in accordance with its terms.

*Filing of Form 15: Termination of Registration*

On January 24, 2025, the Company informed Nasdaq of its intent to file Form 15 with the SEC to finalize the delisting of its common stock from the Nasdaq Global. See Note 14. "Common Stock and Stock-Based Compensation" for more information.

*Assets Held for Sale*

In April 2025, the Company determined certain net assets related to the Acacia business, including its BARHEMSYS and BYFAVO products, met the criteria required to be classified as held-for-sale. The Company is conducting a process for potential sale of the Acacia assets that is expected to be completed by the end of 2025; however, there is no assurance that the Acacia assets will be sold.

*Stock Option Modification*

In March 2025, the Company agreed to modify nearly all of the outstanding employee stock options by changing the exercise price to be equal to a lower revised estimate of fair value based on an independent 409A evaluation, certain of the previously expired options were regranted with a three-year term. The aggregate impact of the modifications will result in approximately $1.0 million of expense to be recognized over a minimum one-year additional service period.

*Class Action Lawsuit*

In June 2025, the Company offered $2.2 million to settle the pending Miller v. Eagle Pharmaceuticals, Inc. securities shareholder class action. The Company recorded a long-term loss contingency of $2.2 million within other long term liabilities in 2023 and transferred to accrued expenses and other current liabilities in 2024. The same amount has been recorded for expected insurance recoveries within other non-current assets in 2023 and transferred to prepaid expenses and other current assets in 2024. While it is not feasible to predict the outcome of this litigation with certainty, the Company believes the litigation should not have a material adverse impact on the Company's operations and cash flows.

**EAGLE PHARMACEUTICALS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

*Related Parties*

In April 2025, the Borrower repaid $0.2 million of the principal amount outstanding under the Promissory Note described in Note 17. The Borrower has agreed to repay half the remaining balance in the first quarter of 2026 and the remaining balance in the first quarter of 2027.

*Lease Renewal*

In June 2025, the Company entered into an amendment to its office lease in Woodcliff Lake, New Jersey. The amendment extends the lease term through June 30, 2028, and includes a partial reduction of the leased premises effective July 1, 2025. Total lease payments over the term are approximately $1.9 million, payable in monthly installments. The amendment includes a renewal option for an additional 3-year term until June 30, 2031.