# Exhibit 4



**Watanabe Employment Law Group, PLLC**
405 Lexington Avenue, 9th Floor
New York, NY 10174
203.644.5262
lwatanabe@welgpllc.com

November 20, 2023

**<u>VIA ECF</u>**
Hon. Evelyn Padin, U.S.D.J.
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street, Courtroom 4C
Newark, New Jersey 07101

> **Re:    Michael Moran v. Eagle Pharmaceuticals, Inc. and Scott Tarriff**
> **Case No. 2-23-cv-03761-EP-ESK**

Dear Judge Padin:

We represent plaintiff Michael Moran in the above-captioned matter.

We write this letter jointly with defendants Eagle Pharmaceuticals, Inc. and Scott Tarriff to respectfully request that the time within which plaintiff may have to file an amended complaint be extended from November 22, 2023 to December 11, 2023. The reason for this joint request is that the parties are in the process of discussing a full and final resolution to the matter. To the extent we are able to do so, the parties shall submit a Joint Stipulation and Proposed Order of Dismissal for the Court's consideration by December 4, 2023. If, however, the parties are unable to submit a Joint Stipulation and Proposed Order of Dismissal by December 4, 2023, with defendants' consent, the parties would respectfully request that plaintiff be permitted an extension of time to file his Amended Complaint from November 22, 2023 to December 11, 2023.

There has been no previous application for the relief sought in this Letter-Motion by the parties. Additionally, this brief adjournment of the extension set forth in the November 7, 2023 Order will not affect any other dates or deadlines.

Thank you for your consideration of this matter.

Respectfully submitted,

**WATANABE EMPLOYMENT LAW GROUP, PLLC**

/s/ *Laura Watanabe*

By:    _____

Laura A. Watanabe

cc:  Michael O'Connor, Esq. (via ecf)
Gerard O'Shea, Esq. (via ecf)
Jospeh Lockinger, Esq. (via ecf)
Evan Lazerowitz, Esq. (via ecf)
Richard J. Agnowski, Esq. (via ecf)