# Exhibit 5



Evan Lazerowtiz
+1 212 479 6113
elazerowitz@cooley.com

December 8, 2023

VIA ECF

Hon. Evelyn Padin, U.S.D.J.
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street, Courtroom 4C
Newark, New Jersey 07101

> Re:   *Michael Moran v. Eagle Pharmaceuticals, Inc. and Scott Tarriff*
>        Case No. 2-23-cv-03761-EP-ESK

Dear Judge Padin:

We represent defendant Eagle Pharmaceuticals, Inc. in the above-captioned matter and write on behalf of all parties to inform the Court that the parties have reached an agreement in principle to resolve this matter. The parties respectfully request that the time within which plaintiff may file an amended complaint be extended from December 11, 2023, to December 20, 2023, to allow the parties sufficient time to finalize the resolution of this matter and to file a stipulation of dismissal.

Plaintiff previously sought and obtained an extension of time for this filing. This brief extension will not affect any other dates or deadlines.

Thank you for your consideration of this matter.

Respectfully submitted,

COOLEY LLP

By:    */s/ Evan Lazerowtiz*
       _____
       Evan Lazerowtiz

cc:  Michael O'Connor, Esq. (via ecf)
      Laura Watanabe, Esq. (via ecf)
      Gerard O'Shea, Esq. (via ecf)
      Joseph Lockinger, Esq. (via ecf)
      Richard J. Agnowski, Esq. (via ecf)