# Exhibit 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MICHAEL MORAN,**<br><br>             **Plaintiff,**<br><br>v.<br><br>**EAGLE PHARMACEUTICALS, INC. and SCOTT TARRIFF.,**<br><br>             **Defendants.** | **CIVIL ACTION NO.:**<br>**2:23-CV-03761-EP-ESK** |

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, the attorneys for

Plaintiff Michael Moran and Defendants Eagle Pharmaceuticals, Inc. and Scott Tarriff, that the

above-captioned action is voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), with each party bearing its own fees and costs.

Dated: December 18, 2023

**WATANABE EMPLOYMENT**                    **COOLEY LLP**
**LAW GROUP, PLLC**


By:  *Laura A. Watanabe*                       By:  /s/ Evan Lazerowitz


Laura A. Watanabe                              Evan Lazerowitz
WELG, PLLC                                     COOLEY LLP
405 Lexington Ave., 9th Floor                  55 Hudson Yards
New York, New York 10174                       New York, New York 10001
T: +1 203-644-5262                             T: +1 212-479-6000
lwatanabe@welgpllc.com                         elazerowitz@cooley.com

*Attorney for Plaintiff*                       *Attorney for Defendant Eagle*
                                               *Pharmaceuticals, Inc.*

**OLENDER FELDMAN LLP**

By:

Richard J. Angowski, Jr.
OLENDER FELDMAN LLP
422 Morris Ave., Summit, NJ 07901
T: +1 908-624-6293
rangowski@olenderfeldman.com

*Attorney for Defendant Scott Tarriff*