# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>    Defendants. | Case No. 2:23-CV-23011-JKS-MAH<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**<br><br>Hon. Jamel K. Semper<br>Hon. Michael A. Hammer |

Court-appointed lead plaintiff Evans Associates I, LLC and additional named plaintiffs Nicholas Miller, Liyu Wang, and Joanna Pluta (collectively, "Plaintiffs") and defendants Eagle Pharmaceuticals, Inc., Scott Tarriff, and Brian Cahill (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby jointly inform the Court that the Parties have memorialized material terms of their agreement in principle to settle all claims, in a confidential settlement term sheet dated November 5, 2025.

The Parties are proceeding to: (i) conduct certain informal discovery to allow Plaintiffs to further evaluate the fairness, reasonableness, and adequacy of the Parties' agreement in principle; and (ii) draft and negotiate a detailed stipulation and agreement of settlement and related documents to serve as the final agreement

1

between the Parties, subject to, among other terms, Plaintiffs' evaluation of the informal discovery produced, and the Court granting final approval to the proposed settlement.

Plaintiffs anticipate filing a motion for preliminary approval of the proposed settlement within approximately 104 days from November 5, 2025 (*i.e.*, by February 17, 2026). Accordingly, the Parties respectfully request that the Court stay all deadlines and further proceedings in this action, including Defendants' motion to dismiss reply brief that is currently due to be filed November 19, 2025. If Plaintiffs cannot file the preliminary approval motion by February 17, 2026, or if the Parties fail to reach a final settlement agreement, the Parties will provide the Court with an update at that time.

Dated: November 17, 2025

By: /s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com
Email: kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs*

By: /s/ *Sarah A. Sullivan*
Sarah A. Sullivan
Alexander L. Callo
**SAUL EWING LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 01702-5426
Telephone: (973) 286-6700
Email: sarah.sullivan@saul.com
Email: alexander.callo@saul.com

2

Robert V. Prongay (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*
   forthcoming)
Garth Spencer (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: jcohen@glancylaw.com
Email: gspencer@glancylaw.com

*Lead Counsel for Plaintiffs*

Jack I. Zwick (*pro hac vice* forthcoming)
225 Broadway, Suite 1440
New York, New York 10007
Telephone: (212) 385-1900
Email: jack@zwickfirm.com

*Additional Counsel for Plaintiffs*

Koji F. Fukumura (*pro hac vice*)
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone: (858) 550-6000
Email: kfukumura@cooley.com

Tijana Brien (*pro hac vice* forthcoming)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Email: tbrien@cooley.com

Brian M. French (*pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Email: bfrench@cooley.com

*Attorneys for Defendants Eagle Pharmaceuticals, Inc. and Brian Cahill*

3

By: /s/ Matt Corriel
Matt Corriel
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Email: Matt.corriel@ropesgray.com

Jeremiah L. Williams (*pro hac vice* forthcoming)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue
NW Washington, DC 20006
Telephone: (202) 508-4600
Jeremiah.williams@ropesgray.com

*Attorneys for Defendant Scott Tarriff*

4