Attachment to

Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

*Miller v. Eagle Pharmaceuticals, Inc.*

| **Parties' printed names** | **Signatures of attorneys** | **Dates** |
| --- | --- | --- |
| Plaintiffs Evans Associates I, LLC, Nicholas Miller, Liyu Wang, and Joanna Pluta | */s/ James Cecchi* | November 17, 2025 |
| Defendants Eagle Pharmaceuticals, Inc. and Brian Cahill | */s/ Sarah Sullivan* | November 17, 2025 |
| Defendant Scott Tarriff | */s/ Matthew Corriel* | November 17, 2025 |