

# CARELLA BYRNE
## CECCHI BRODY
### AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

March 16, 2026

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:** *Miller v. Eagle Pharmaceuticals, Inc., et al.,*
> **Case No. 2:23-cv-23011-JKS-MAH**

Dear Judge Hammer:

We are Liaison Counsel for lead plaintiff Evans Associates I, LLC and additional named plaintiffs Liyu Wang and Joanna Pluta (collectively, "Plaintiffs") in the above matter. Enclosed please find my Declaration, the Certification of Jack Zwick and a proposed form of Order in support of Plaintiffs' application to admit Jack Zwick *pro hac vice* in the above matter. Defendants have been notified and none have raised any objection to this application. If the papers meet with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*

JAMES E. CECCHI

JEC:neh
Enclosures

cc: Counsel of Record (Via CM/ECF)