James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO,
P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

Robert V. Prongay
Joseph D. Cohen
Garth Spencer
**GLANCY PRONGAY WOLKE &
ROTTER LLP**
1925 Century Park East
Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | Case No. 2:23-cv-23011-JKS-MAH<br><br>**CERTIFICATION OF JACK ZWICK IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Jack Zwick, of full age, hereby certifies as follows:

1.    I am an attorney admitted to practice in New York.  My office address is 225 Broadway, Suite 1440, New York, NY 10007.  The law firm of Carella, Byrne, Cecchi, Brody & Agnello, P.C. is liaison counsel for lead plaintiff Evans Associates I, LLC ("Lead Plaintiff") and additional named plaintiffs Liyu Wang and Joanna Pluta (together with Lead Plaintiff, "Plaintiffs") in this matter.

2.    I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Plaintiffs.

3.    I am a member in good standing of the following Courts:

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| New York State Supreme Court, 2d Dept. | 6/8/1994 | Supreme Court State of New York Appellate Division, Second Department 45 Monroe Place, Brooklyn, NY 11201 |
| United States District Court Easter District of New York | 9/5/1995 | United States District Court Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201 |
| United States District Court, Southern District of New York | 9/5/1995 | United States District Court Southern District of New York 500 Pearl Street New York NY10007 |

4.    I, together with the law firm Glancy, Prongay Wolke & Rotter LLP (formerly known as Glancy Prongay & Murray LLP) ("GPWR"), have been retained by Lead Plaintiff to represent him in this federal securities class action.  For over

1

three decades I have actively participated in all aspects of securities class action litigation, including case investigation and development, preparation of pleadings, motion practice, class certification, fact and expert witness discovery, settlement negotiation and administration, and appeals. Accordingly, I believe that I am qualified to represent Lead Plaintiff and the proposed class in this matter.

5.      James E. Cecchi, Donald A. Ecklund or Kevin G. Cooper, and other attorneys at the law firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., are admitted to practice in the United States District Court for the District of New Jersey and will serve as liaison counsel for Plaintiffs and the putative class and will be handling this matter with GPWR and me.

6.      I am not presently the subject of any disciplinary proceeding in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

7.      I understand that if I am admitted to appear and participate *pro hac vice*:

(a)      I shall abide by the rules governing the courts of the State of New Jersey, including all disciplinary rules;

(b)      I shall consent to the appointment of the Clerk of the Supreme Court of the State of New Jersey as an agent upon whom service may be made for all actions against me and/or my firm that may arise out of my application in

connection with this matter;

(c)   I shall notify this Court immediately of any matter affecting my standing at the bar of any other court;

(d)   I shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this state;

(e)   No delay in discovery, motions, trial or any other proceedings shall occur or be requested by reason of my inability to be in attendance; and

(f)   Automatic termination of my *pro hac vice* admission will occur for my failure to make the required annual payment to the Ethics Financial Committee and the New Jersey Lawyer's Fund for Client Protection.

8.   I respectfully request that this Court grant this application on behalf of Plaintiffs in the above-captioned matter to permit me to appear and participate *pro hac vice* on their behalf.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: February 12, 2026

_____
Jack Zwick

3