# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>      Defendants. | Case No. 2:23-cv-23011-JKS-MAH<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION FOR JACK ZWICK** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), Liaison Counsel for Plaintiffs, and Defendants consenting hereto, and the Court having considered the moving papers, and good cause appearing,

IT IS THIS _____ day of _____, 2026

ORDERED that Jack Zwick is hereby admitted *pro hac vice* on behalf of Plaintiffs in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, and that Carella, Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith; and it is further

ORDERED that Jack Zwick shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which he continues to appear *pro hac vice* in this matter, and $250.00 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c); and it is further

ORDERED that Jack Zwick shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and

1

Professional Responsibility, and Local Rule 104.1, Discipline of Attorneys; and it is further

ORDERED that, pursuant to L. CIV. R. 101.1(c)(4), Jack Zwick shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HON. MICHAEL A. HAMMER, U.S.M.J.