

## CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

March 16, 2026

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: *Miller v. Eagle Pharmaceuticals, Inc., et al.,*
> Case No. 2:23-cv-23011-JKS-MAH

Dear Judge Hammer:

We are Liaison Counsel for lead plaintiff Evans Associates I, LLC and additional named plaintiffs Liyu Wang and Joanna Pluta (collectively, "Plaintiffs") in the above matter. Enclosed please find my Declaration, the Certification of Joseph D. Cohen and a proposed form of Order in support of Plaintiffs' application to admit Joseph D. Cohen *pro hac vice* in the above matter. Defendants have been notified and none have raised any objection to this application. If the papers meet with the Court's approval, kindly sign the Order and have a "filed" copy returned to us via the Court's ECF system.

Thank you for your attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

*/s/ James E. Cecchi*

JAMES E. CECCHI

JEC:neh
Enclosures

cc: Counsel of Record (Via CM/ECF)