James E. Cecchi
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | : : : : : : : : : : | Case No.: 2:23-cv-23011-JKS-MAH<br><br>**DECLARATION OF**<br><br>**JAMES E. CECCHI** |

JAMES E. CECCHI, ESQ., of full age, hereby declares under penalty of perjury as follows:

1.      I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Brody & Agnello, P.C., counsel for plaintiffs in the above

1

matter. I make this declaration in support of Plaintiff's application to admit Joseph D. Cohen *pro hac vice* in the above matter.

2. As set forth in his Declaration, Joseph D. Cohen is a member in good standing.

3. He will represent plaintiffs in association with Carella Byrne as attorneys of record. All pleadings, briefs, and other papers filed with this Court in this matter will be signed and filed by an attorney at law of this Court and Carella Byrne will be responsible for his conduct. Further, Carella Byrne will appear at all court proceedings unless otherwise excused by the Court.

4. If this application is granted, Joseph D. Cohen agrees to:

a. make payment of $250.00 to the Clerk of the U.S. District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order;

b. make payment to the New Jersey Lawyers' Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

c. abide by New Jersey court rules;

d. notify this Court immediately of any matter affecting their standing at the bar of any other court; and

e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

2

5.    Counsel for defendants have not objected.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2026                              /s/ *James E. Cecchi*

                                                   JAMES E. CECCHI

900908