James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,<br><br>Defendants. | Case No. 2:23-CV-23011-MAH<br><br>Hon. Michael A. Hammer<br><br>**Motion Day:** April 20, 2026 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION AND MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that on April 20, 2026, lead plaintiff Evans Associates I, LLC ("Lead Plaintiff") and additional named plaintiffs Nicholas Miller, Liyu Wang, and Joanna Pluta (collectively, with Lead Plaintiff, "Plaintiffs") will, and hereby do, apply to the Honorable Michael A. Hammer, United States Magistrate Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2C, 50 Walnut Street, Newark, NJ 07101, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the Settlement Class, appointing Plaintiffs as class representatives, appointing Lead Counsel Glancy Prongay Wolke & Rotter LLP (formerly known as Glancy Prongay & Murray LLP)[1] ("Lead Counsel") as class counsel for the purposes of the Settlement, and reaffirming its appointment of Carella, Byrne, Cecchi, Brody & Agnello, P.C. as liaison counsel for the Settlement Class; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement, approval of the plan of allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

PLEASE TAKE FURTHER NOTICE that in support of the unopposed motion, Plaintiffs will rely on the attached Memorandum of Law; the Declaration of

[1] Glancy Prongay & Murray LLP recently changed its name to Glancy Prongay Wolke & Rotter LLP. *See* ECF No. 53.

Garth Spencer and exhibits thereto; and such other papers as may be filed in support of this motion. A proposed order is submitted herewith.

Dated: March 26, 2026

Respectfully submitted,

By: */s/ James E. Cecchi*

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi
Donald A. Ecklund
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
decklund@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay (*pro hac vice*)
Joseph D. Cohen (*pro hac vice*)
Garth Spencer (*pro hac vice*)
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
jcohen@glancylaw.com
gspencer@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

Jack I. Zwick (*pro hac vice*)
225 Broadway, Suite 1440
New York, New York 10007
Telephone: (212) 385-1900
jack@zwickfirm.com

*Additional Counsel for Plaintiffs and the Settlement Class*