Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Defendants*
*Eagle Pharmaceuticals, Inc. and Brian Cahill*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EAGLE PHARMACEUTICALS, INC., SCOTT TARIFF, and BRIAN CAHILL,**<br><br>**Defendants.** | **Civil Action No. 23-23011 (JKS)(MAH)**<br><br>**(Filed Electronically)** |

## DECLARATION OF SARAH A. SULLIVAN
## IN SUPPORT OF DEFENDANTS' COMPLIANCE WITH THE
## CLASS ACTION FAIRNESS ACT'S NOTICE REQUIREMENTS

SARAH A. SULLIVAN, of full age, hereby certifies as follows:

1.      I am an attorney-at-law in good standing of the State of New Jersey and the United States District Court for the District of New Jersey, and a partner at the firm of Saul Ewing LLP, attorneys for Defendants Eagle Pharmaceuticals, Inc. and Brian Cahill (collectively, "Defendants") in the above captioned matter.  I submit this declaration in support of defendants' compliance with the Class Action Fairness Act's ("CAFA") notice requirements.  I am fully familiar with the facts herein.

2.      Pursuant to the parties' settlement stipulation, Defendants are required to file a

-2-

declaration affirming their compliance with the CAFA notice requirements.  Attached hereto as

**Exhibit A** is a true and correct copy of a declaration from Kyle S. Bingham, the Senior Director

of Legal Noticing for Epiq Class Action & Claims Solutions, Inc., who oversaw the CAFA

notice process and the required mailings.

I certify under penalty of perjury that the foregoing statements made by me are true and

correct.

Dated:  April 16, 2026                                              By:  s/ Sarah A. Sullivan
                                                                              Sarah A. Sullivan

-2-

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

EAGLE PHARMACEUTICALS, INC., SCOTT TARRIFF, and BRIAN CAHILL,

Defendants.

Case No. 2:23-CV-23011-MAH

## DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.      My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 600 class action settlements.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

**CAFA NOTICE IMPLEMENTATION**

5.      At the direction of counsel for Defendants Eagle Pharmaceuticals, Inc., Scott Tarriff and Brian Cahill, 57 federal and state officials (the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive the supplemental CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On April 3, 2026, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Priority Mail to 52 officials (the Attorneys General of 46 states, the District of Columbia, and the United States Territories).  As per the direction of the Office of the Alaska, Nevada, New York, and Connecticut Attorneys General, the Notice was sent to the Alaska, Nevada, New York, and Connecticut Attorneys General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Priority Mail, Email, and UPS) is included as **Attachment 1**.

8.      The materials sent to the federal and state officials included a Cover Letter, which provided supplemental notice of the proposed Amended Settlement of the above-captioned case. The Cover Letter is included as **Attachment 2.**

9.      The Cover Letter was accompanied by a CD, which included the following:

   a.  **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

- Class Action Complaint for Violations of the Federal Securities Laws (filed December 11, 2023); and

- Amended Class Action Complaint for Violations of the Federal Securities Laws (filed July 11, 2025).

b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Notice of (I) Pendency of Class Action, Certification of Settlement Class, Proposed Settlement and Plan Allocation; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' fees and Reimbursement of Litigation Expenses *(Exhibit A-1 to the Stipulation and Agreement of Settlement);*

- Proof of Claim and Release Form *(Exhibit A-2 to the Stipulation and Agreement of Settlement);*

- Summary Notice of Proposed Settlement of Class Action *(Exhibit A-3 to the Stipulation and Agreement of Settlement);* and

- Postcard Notice (*Exhibit A-4 to the Stipulation and Agreement of Settlement).*

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Notice of Plaintiffs' Unopposed Motion and Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

- Memorandum of Law in Support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

- Declaration of Garth Spencer in Support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

  o Stipulation and Agreement of Settlement *(Exhibit 1 to the Spencer Declaration)*;

    ▪ [Proposed] Order Preliminarily Approving Settlement and Providing for Notice *(Exhibit A to the Stipulation and Agreement of Settlement)*;

    ▪ [Proposed] Judgment Approving Class Action Settlement *(Exhibit B to the Stipulation of Settlement)*;

  o Recent Trends in Securities Class Action Litigation: 2025 Full-Year Review *(Exhibit 2 to the Spencer Declaration);* and

  o Order Preliminarily Approving Settlement and Providing for Notice in *In re Eros International Plc Securities Litigation Exhibit 3 to the Spencer's Declaration.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2026.

_____
KYLE S. BINGHAM

# Attachment 1

## CAFA Notice Service List
### USPS Priority Mail

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | James Uthmeier | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 500 South Second Street | | Springfield | IL | 62701 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Russell Coleman | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Liz Murrill | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | 525 W. Ottawa St. | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Catherine Hanaway | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Jeff Jackson | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Jennifer Davenport | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Dan Rayfield | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Dave Sunday | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Derek Brown | Utah State Capitol Complex | 350 North State Street Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jay Jones | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Nick Brown | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | John B McCuskey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Keith Kautz | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Gwen Tauiliili-Langkilde | PO Box 7 | | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | ITC Bldg. | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | PO Box 10007 | | Saipan | MP | 96950 |
| PR Department of Justice | Lourdes L. Gomez Torres | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Gordon C. Rhea | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Appropriate Official | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Alaska | All documents sent to AK AG at their dedicated CAFA email inbox. | AK |
| Office of the Attorney General for Connecticut | All documents sent to CT AG at their dedicated CAFA email inbox. | CT |
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |
| Office of the Attorney General for New York | All documents sent to NY AG at their dedicated CAFA email inbox. | NY |

**CAFA Notice Service List**

**UPS**

| Appropriate Official | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

April 3, 2026

**VIA UPS OR USPS PRIORITY MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants Eagle Pharmaceuticals, Inc., Scott Tarriff and Brian Cahill (collectively, "Defendants") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Miller v. Eagle Pharmaceuticals, Inc., Case No. 2:23-cv-23011.*

- **Court:**  United States District Court for the District of New Jersey.

- **Defendant:** Eagle Pharmaceuticals, Inc., Scott Tarriff and Brian Cahill.

- **Documents Enclosed**:  In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     - Class Action Complaint for Violations of the Federal Securities Laws (filed December 11, 2023); and

     - Amended Class Action Complaint for Violations of the Federal Securities Laws (filed July 11, 2025).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  The Court has not scheduled a preliminary approval hearing, a final approval hearing, or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     - Notice of (I) Pendency of Class Action, Certification of Settlement Class, Proposed Settlement and Plan Allocation; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' fees and Reimbursement of Litigation Expenses *(Exhibit A-1 to the Stipulation and Agreement of Settlement);*

     - Proof of Claim and Release Form *(Exhibit A-2 to the Stipulation and Agreement of Settlement);*

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- Summary Notice of Proposed Settlement of Class Action *(Exhibit A-3 to the Stipulation and Agreement of Settlement);* and

- Postcard Notice (*Exhibit A-4 to the Stipulation and Agreement of Settlement).*

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents are included:

- Notice of Plaintiffs' Unopposed Motion and Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

- Memorandum of Law in Support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

- Declaration of Garth Spencer in Support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice of Settlement;

  o Stipulation and Agreement of Settlement *(Exhibit 1 to the Spencer Declaration);*

    ▪ [Proposed] Order Preliminarily Approving Settlement and Providing for Notice *(Exhibit A to the Stipulation and Agreement of Settlement);*

    ▪ [Proposed] Judgment Approving Class Action Settlement *(Exhibit B to the Stipulation of Settlement)*;

  o Recent Trends in Securities Class Action Litigation: 2025 Full-Year Review *(Exhibit 2 to the Spencer Declaration);* and

  o Order Preliminarily Approving Settlement and Providing for Notice in *In re Eros International Plc Securities Litigation Exhibit 3 to the Spencer's Declaration).*

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** Please note that Defendants, provided they unanimously agree, shall have the unilateral right, but not the obligation, to terminate the Settlement in the event that Settlement Class Members timely and validly requesting exclusion from the Settlement Class meet the conditions set forth in the confidential Supplemental Agreement, which is referenced in Section 35 of the Stipulation and Agreement of Settlement. It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise on complex litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Manual for Complex Litigation § 21.631 (4th ed.).

**CAFA NOTICE ADMINISTRATOR**
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:** To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The Settlement Class consists of all persons and entities who purchased the publicly traded common stock of Eagle between August 9, 2022 and October 1, 2024, both dates inclusive, and who were damaged thereby. Excluded from the Settlement Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of Eagle during the Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, and predecessors of Eagle; (iv) any entity in which Defendants have or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; (vi) the D&O Insurers; and (vii) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (vi) hereof. Also excluded from the Settlement Class are any persons and entities who or which submit a request for exclusion from the Settlement Class that is accepted by the Court.

   CAFA requires Defendants to provide, "if feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that state's appropriate State official." 28 U.S.C. §1715(b)(7)(A). If it is not feasible to provide that information, CAFA requires a "reasonable estimate" from the Defendants. 28 U.S.C. § 1715(b)(7)(B).

   As is typical with a securities settlement, Defendants do not have access to information sufficient to identify the names of all settlement class members who reside in each state or to estimate proportionate shares of their claims to the entire settlement. It is also not feasible for Defendants to provide an estimate of the number of class members residing in each state or the estimated proportionate share of each class member's claims to the entire settlement.

8. **Per 28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures