Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6722
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Defendants*
*Eagle Pharmaceuticals, Inc.*
*and Brian Cahill*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MILLER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE PHARMACEUTICALS, INC., SCOTT TARIFF, and BRIAN CAHILL, <br><br> Defendants. | No. 23-cv-23011-JKS-MAH <br><br> **CERTIFICATE OF SERVICE** <br><br> Filed Electronically |

SARAH A. SULLIVAN, hereby certifies:

1.      I am an attorney-at-law of the State of New Jersey and Counsel at the law firm of Saul Ewing LLP, counsel for Defendants Eagle Pharmaceuticals, Inc. and Brian Cahill (collectively, "Defendants") in the above-captioned matter.

2.      On April 16, 2026, true and correct copies of (1) the Declaration of Sarah A. Sullivan in Support of Defendants' Compliance with the Class Action Fairness Act's Notice Requirements and (5) Certificate of Service were filed electronically with the Court, and copies of same were sent via e-mail to the following counsel:

Donald A. Ecklund
James E. Cecchi
Kevin G. Cooper
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
decklund@saul.com
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Attorneys for Plaintiffs*

      3.     I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____

Dated:  April 16, 2026                    Sarah A. Sullivan